| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Barry, Maryanne T | 2. Court or Organization  US Court of Appeals 3rdCircuit | 3. Date of Report  8/25/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. Circuit Judge | 5a. Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address  USPO & Courthouse Bldg Newark, NJ 07101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | ▉ Trust #1 |
| 2. Co-Trustee | ▉ Trust #2 |
| 3. Co-Trustee | ▉ Trust #3 |
| 4. Co-Trustee | ▉ Trust #6 |
| 5. Co-Trustee | ▉ Trust #7 |
| 6. Co-Trustee | ▉ Trust # 18 |
| 7. Co-Trustee | ▉ Trust #19 |
| 8. Trustee | ▉ Trust #20 |
| 9. Co-Trustee | ▉ Trust #22 |
| 10. Co-Trustee | ▉ Trust #24 |

DISCLOSURE OFFICE FINANCIAL OFFICE 2008 SEP -3 A 11: 06 RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓]    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓]    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #2 Brooklyn, NY | G | Rent | N | U | | | | | |
| 2. Rental Property #16 Brooklyn, NY | E | Rent | N | U | | | | | |
| 3. Rental Property #17 Brooklyn, NY | C | Rent | J | U | | | | | |
| 4. ▇▇ Business #2 Brooklyn, NY | D | Int./Div. | | | LIQ | 12/31 | | | |
| 5. Rental Property #21 Brooklyn, NY | A | Rent | | U | LIQ | 12/31 | | | |
| 6. Rental Property #22 Brooklyn, NY | A | Rent | J | U | | | | | |
| 7. Rental Property #11 Brooklyn, NY | A | Rent | L | U | | | | | |
| 8. Rental Property #10 Brooklyn, NY | C | Rent | L | U | | | | | |
| 9. ▇▇ Trust #6 - List of Assets | E | Interest | P1 | T | | | | | |
| 10. - Cash JP MorganChase | | | | | | | | | |
| 11. ▇▇ Trust #7 - List of assets: | E | Interest | P1 | T | | | | | |
| 12. - Cash JPMorganChase | | | | | | | | | |
| 13. ▇▇ Trust #15 - List of assets: | D | Int./Div. | M | T | | | | | |
| 14. - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 15. - JPMORGAN MID CAP VALUE FUND | | | | | PARTIAL SALE | 4/20 | J | B | |
| 16. - I SHARES RUSSELL 1000 | | | | | | | | | |
| 17. - JPMORGAN TAX AWARE US EQUITY FUND | | | | | PARTIAL SALE | 10/5 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - JPMORGAN INTREPID AMERICA FUND | | | | | PARTIAL SALE | 10/5 | J | A | |
| 19. | | | | | PARTIAL SALE | 11/4 | J | B | |
| 20.  - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL FD) | | | | | | | | | |
| 21.  - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 22.  - JPMORGAN INTL EQUITY FUND | | | | | PARTIAL SALE | 1/8 | K | C | |
| 23. | | | | | PARTIAL SALE | 4/20 | K | D | |
| 24. | | | | | PARTIAL SALE | 10/5 | J | B | |
| 25. | | | | | PARTIAL SALE | 11/14 | J | B | |
| 26.  -JPMORGAN JAPAN FD | | | | | SELL | 4/20 | J | A | |
| 27.  -JPMORGAN INTREPID GROWTH FD | | | | | | | | | |
| 28.  -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 29.  -JP MORGAN MUNICIPAL INCOME FUND | | | | | | | | | |
| 30.  -THIRD AVENUE VALUE FUND | | | | | | | | | |
| 31.  -MATTHEWS PACIFIC TIGER FUND | | | | | PARTIAL SALE | 11/15 | J | B | |
| 32.  -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | PARTIAL SALE | 8/10 | J | A | |
| 33. | | | | | PARTIAL SALE | 10/5 | J | A | |
| 34.  -DODGE & COX INT'L STOCK | | | | | BUY | 7/31 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -JPMORGAN ASIA EQUITY FUND | | | | | BUY | 7/31 | J | | |
| 36.   -JPMORGAN INTREPID INT'L FUND | | | | | BUY | 7/31 | K | | |
| 37.   -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | BUY | 7/31 | J | | |
| 38.   ▇▇▇ Trust #16 - List of assets: | E | Int./Div. | N | T | | | | | |
| 39.   - CASH - JPMORGAN TAX FREE MONEY MARKET | | | | | | | | | |
| 40.   - JPMORGAN MID CAP VALUE FUND | | | | | PARTIAL SALE | 4/20 | J | B | |
| 41.   - I SHARES RUSSELL 1000 | | | | | | | | | |
| 42.   - JPMORGAN TAX AWARE US EQUITY FUND | | | | | PARTIAL SALE | 10/5 | J | A | |
| 43.   - JPMORGAN INTREPID AMERICA FUND | | | | | PARTIAL SALE | 11/14 | J | A | |
| 44.   - JPMORGAN EQUITY INCOME II FUND (TAX AWARE LG CAP VAL) | | | | | | | | | |
| 45.   - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 46.   - JPMORGAN INTL EQUITY FUND | | | | | PARTIAL SALE | 1/8 | K | B | |
| 47. | | | | | PARTIAL SALE | 4/20 | J | D | |
| 48. | | | | | PARTIAL SALE | 10/5 | J | B | |
| 49. | | | | | PARTIAL SALE | 11/14 | J | B | |
| 50.   -JPMORGAN JAPAN FD | | | | | SELL | 4/20 | J | A | |
| 51.   -JPMORGAN INTREPID GWTH FD | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 53. -JP MORGAN MUNICIPAL INCOME FUND | | | | | | | | | |
| 54. -THIRD AVENUE VALUE FUND | | | | | BUY | 7/31 | K | | |
| 55. -MATTHEWS PACIFIC TIGER FUND | | | | | PARTIAL SALE | 11/15 | J | B | |
| 56. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | PARTIAL SALE | 8/10 | J | A | |
| 57. -DODGE & COX INT'L STOCK | | | | | BUY | 4/24 | J | | |
| 58. -JP MORGAN ASIA EQUITY FUND | | | | | BUY | 10/9 | J | | |
| 59. -JPMORGAN INTREPID INT'L FUND | | | | | BUY | 1/9 | K | | |
| 60. -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | BUY | 4/25 | J | | |
| 61. ██████ Trust #17 - List of assets: | G | Int./Div. | P1 | T | | | | | |
| 62. - Cash JPMorgan Tax Free Money Market | | | | | | | | | |
| 63. - JPMorgan Tax Aware US Equity Fund | | | | | PARTIAL SALE | 1/9 | K | D | |
| 64. | | | | | PARTIAL SALE | 10/5 | K | E | |
| 65. - JPMorgan Intl Equity Fund | | | | | PARTIAL SALE | 1/9 | L | D | |
| 66. | | | | | PARTIAL SALE | 4/20 | M | E | |
| 67. | | | | | PARTIAL SALE | 10/5 | K | E | |
| 68. | | | | | PARTIAL SALE | 11/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - JPMORGAN MID CAP VALUE FUND | | | | | PARTIAL SALE | 4/20 | K | D | |
| 70. - JPMORGAN INTREPID AMERICA FUND | | | | | PARTIAL SALE | 11/14 | K | D | |
| 71. - JPMORGAN SMALL CAP CORE (FORMERLY EQUITY) FUND | | | | | | | | | |
| 72. -JPMORGAN JAPAN FD | | | | | SELL | 4/20 | K | C | |
| 73. -JPMORGAN INTREPID GWTH FD | | | | | | | | | |
| 74. -JP MORGAN TAX AWARE REAL RETURN FUND | | | | | | | | | |
| 75. -JP MORGAN MUNICIPAL INCOME FUND | | | | | | | | | |
| 76. -THIRD AVENUE FUND INC | | | | | | | | | |
| 77. -MATTHEWS PACIFIC TIGER FUND | | | | | PARTIAL SALE | 11/15 | K · | D | |
| 78. -HIGHBRIDGE STATISTICAL MARKET NEUTRAL FUND | | | | | PARTIAL SALE | 8/10 | K | A | |
| 79. | | | | | PARTIAL SALE | 10/5 | J | A | |
| 80. -ISHARES RUSSELL 1000 GROWTH INDEX | | | | | BUY | 7/31 | L | | |
| 81. -DODGE & COX INT'L STOCK | | | | | BUY | 7/31 | M | | |
| 82. -JPMORGAN ASIA EQUITY FUND | | | | | BUY | 7/31 | K | | |
| 83. -JPMORGAN INTREPID INT'L FUND | | | | | BUY | 7/31 | M | | |
| 84. -ISHARES RUSSELL MIDCAP GROWTH INDEX | | | | | BUY | 7/31 | L | | |
| 85. ███ Trust #1 - List of assets: | F | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - NEW WORLDFUND | | | | | PARTIAL SALE | 2/21 | J | C | |
| 87.   -SMALLCAP WORLD FUND INC | | | | | PARTIAL SALE | 2/21 | J | A | |
| 88.   -T-E MNY FUND OF AMERICA | | | | | | | | | |
| 89.   ▇▇▇ Trust #2 - List of assets: | G | Int./Div. | O | T | | | | | |
| 90.   - NEW WORLD FUND | | | | | PARTIAL SALE | 2/21 | J | C | |
| 91.   - SMALL CAP WORLD FUND | | | | | PARTIAL SALE | 2/21 | J | B | |
| 92.   -T-E MNY FUND OF AMERICA | | | | | | | | | |
| 93.   ▇▇▇ Trust #3 - List of assets: | E | Interest | P1 | T | | | | | |
| 94.   - Cash JPMorganChase | | | | | | | | | |
| 95.   Chase Manhattan Bank | F | Interest | P1 | T | | | | | |
| 96.   CAPITAL GUARDIAN: | | | | | | | | | |
| 97.   Tokyo Electron | | None | | | PARTIAL SALE | 2/2 | L | A | |
| 98. | | | | | SELL | 2/5 | K | A | |
| 99.   Heineken Holding NV | C | Dividend | M | T | | | | | |
| 100.   Unilever NV NY SHRS | C | Dividend | M | T | BUY | 1/23 | K | | |
| 101.   Cheung Kong Hldg | A | Dividend | | | PARTIAL SALE | 1/4 | K | D | |
| 102. | | | | | SELL | 8/20 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Suncor Energy Inc | A | Dividend | M | T | DONATION | 1/18 | K | | |
| 104. | | | | | DONATION | 1/19 | K | | |
| 105. Shell CDA LTD | A | Dividend | | | SELL | 3/16 | M | F | |
| 106. Astrazeneca PLC (SEK | C | Dividend | | | PARTIAL SALE | 6/29 | L | D | |
| 107. | | | | | PARTIAL SALE | 11/22 | K | B | |
| 108. ASTRAZENECA PLC (GBP) | D | Dividend | | | SALE | 11/12 | M | A | |
| 109. Sun Hung Kai Prop | C | Dividend | N | T | BUY | 1/24 | K | | |
| 110. Nestle SA | D | Dividend | O | T | BUY | 1/24 | M | | |
| 111. | | | | | PARTIAL SALE | 7/16 | J | B | |
| 112. Wal-Mart De Mexico | C | Dividend | M | T | BUY | 10/15 | K | | |
| 113. Holcim LTD | D | Dividend | N | T | BUY | 1/24 | M | | |
| 114. CRH PLC | B | Dividend | M | T | BUY | 12/5 | L | | |
| 115. Richemont | C | Dividend | M | T | BUY | 7/10 | K | | |
| 116. Novartis AG | D | Dividend | M | T | BUY | 1/24 | K | | |
| 117. | | | | | BUY | 3/8 | M | | |
| 118. | | | | | BUY | 7/10 | L | | |
| 119. | | | | | BUY | 9/28 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | PARTIAL SALE | 10/31 | N | A | |
| 121. Pearson PLC | B | Dividend | | | SELL | 9/26 | K | D | |
| 122. Samsung Elec Gds | C | Dividend | N | T | BUY | 1/24 | M | | |
| 123. Bouygues | D | Dividend | O | T | BUY | 8/15 | N | | |
| 124. JC Decaux INTL | A | Dividend | M | T | BUY | 8/21 | J | | |
| 125. | | | | | BUY | 8/22 | K | | |
| 126. | | | | | BUY | 8/23 | L | | |
| 127. | | | | | BUY | 8/24 | J | | |
| 128. | | | | | BUY | 8/27 | J | | |
| 129. | | | | | BUY | 8/28 | K | | |
| 130. | | | | | BUY | 8/29 | J | | |
| 131. | | | | | BUY | 8/30 | K | | |
| 132. L'Air Liquide Bearer | D | Dividend | N | T | BUY | 1/24 | K | | |
| 133. | | | | | BUY | 12/5 | K | | |
| 134. HSBC Hldgs | E | Dividend | M | T | BUY | 1/24 | L | | |
| 135. | | | | | PARTIAL SALE | 11/5 | N | E | |
| 136. | | | | | PARTIAL SALE | 11/9 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. LI & Fung | D | Dividend | N | T | BUY | 4/11 | M | | |
| 138. | | | | | BUY | 4/16 | M | | |
| 139. | | | | | PARTIAL SALE | 9/18 | L | E | |
| 140. RECKITT BENCKISER | B | Dividend | M | T | BUY | 12/5 | L | | |
| 141. SANOFI-AVENTIS | E | Dividend | O | T | BUY | 1/24 | L | | |
| 142. | | | | | BUY | 2/5 | M | | |
| 143. | | | | | BUY | 3/22 | K | | |
| 144. | | | | | BUY | 3/26 | J | | |
| 145. | | | | | BUY | 3/28 | J | | |
| 146. | | | | | BUY | 4/2 | K | | |
| 147. | | | | | BUY | 4/23 | K | | |
| 148. AMERICA MOVIL | D | Dividend | N | T | DONATION | 1/18 | L | | |
| 149. | | | | | DONATION | 1/19 | L | | |
| 150. | | | | | BUY | 1/23 | M | | |
| 151. SCHNEIDER ELECTRIC | C | Dividend | M | T | PARTIAL SALE | 3/23 | J | A | |
| 152. | | | | | BUY | 7/10 | K | | |
| 153. RENAULT | | None | | | SELL | 3/12 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NIKON | A | Dividend | | | PARTIAL SALE | 3/7 | L | D | |
| 155. | | | | | SELL | 5/25 | K | E | |
| 156. HOYA CORP | D | Dividend | O | T | BUY | 1/24 | M | | |
| 157. | | | | | BUY | 4/24 | L | | |
| 158. | | | | | BUY | 7/10 | K | | |
| 159. | | | | | BUY | 8/23 | L | | |
| 160. | | | | | BUY | 12/5 | K | | |
| 161. STANDARD CHARTERED | D | Dividend | N | T | BUY | 1/24 | L | | |
| 162. | | | | | BUY | 2/5 | K | | |
| 163. AEONCO | B | Dividend | | | BUY | 1/24 | L | | |
| 164. | | | | | BUY | 2/28 | J | | |
| 165. | | | | | SELL | 10/19 | M | A | |
| 166. ROYAL BANK SCOTLAND | E | Dividend | | | BUY | 1/24 | L | | |
| 167. | | | | | BUY | 5/18 | M | | |
| 168. | | | | | PARTIAL SALE | 11/5 | L | A | |
| 169. | | | | | SELL | 11/12 | N | A | |
| 170. ESSILOR INTL | C | Dividend | N | T | BUY | 3/26 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | BUY | 3/30 | J | | |
| 172. | | | | | BUY | 4/12 | M | | |
| 173. KONINKLIJKE KPN NV | D | Dividend | N | T | BUY | 1/24 | K | | |
| 174. | | | | | BUY | 12/5 | L | | |
| 175. BNP PARIBAS | D | Dividend | M | T | BUY | 1/24 | M | | |
| 176. | | | | | BUY | 2/13 | K | | |
| 177. GALLAGHER ARTHUR | C | Dividend | L | T | | | | | |
| 178. REED ELSEVIER | A | Dividend | | | PARTIAL SALE | 1/8 | L | E | |
| 179. | | | | | SELL | 4/25 | L | D | |
| 180. YAKULT HONSHA | A | Dividend | | | PARTIAL SALE | 9/6 | K | D | |
| 181. | | | | | PARTIAL SALE | 9/7 | K | D | |
| 182. | | | | | SELL | 9/10 | K | C | |
| 183. CINCINNATI FINL CORP | B | Dividend | L | T | | | | | |
| 184. DUKE ENERGY CORP | A | Dividend | | | SELL | 8/8 | K | D | |
| 185. EMERSON ELECTRIC | D | Dividend | M | T | DONATION | 1/18 | K | | |
| 186. | | | | | DONATION | 1/19 | K | | |
| 187. | | | | | BUY | 1/23 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | PARTIAL SALE | 5/24 | M | E | |
| 189. | | | | | DONATION | 11/7 | J | | |
| 190. | | | | | DONATION | 11/7 | J | | |
| 191. GENERAL ELECTRIC | E | Dividend | O | T | BUY | 1/23 | L | | |
| 192. | | | | | BUY | 12/5 | M | | |
| 193. ILLINOIS TOOL WORKS | C | Dividend | N | T | BUY | 1/23 | K | | |
| 194. | | | | | BUY | 2/16 | L | | |
| 195. | | | | | BUY | 12/5 | L | | |
| 196. INTEL CORP | C | Dividend | M | T | | | | | |
| 197. PEPSICO | D | Dividend | N | T | BUY | 1/23 | L | | |
| 198. | | | | | BUY | 7/9 | J | | |
| 199. | | | | | BUY | 10/23 | L | | |
| 200. AT&T | D | Dividend | N | T | BUY | 1/23 | K | | |
| 201. | | | | | BUY | 1/30 | L | | |
| 202. | | | | | BUY | 7/2 | M | | |
| 203. SCHLUMBERGER LTD | C | Dividend | O | T | DONATION | 1/18 | M | | |
| 204. | | | | | DONATION | 1/19 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | BUY | 1/23 | N | | |
| 206. SOUTHWEST AIRLINES | A | Dividend | L | T | BUY | 1/23 | K | | |
| 207. | | | | | BUY | 7/9 | J | | |
| 208. | | | | | BUY | 12/19 | K | | |
| 209. UNION PACIFIC | C | Dividend | N | T | DONATION | 1/18 | L | | |
| 210. | | | | | DONATION | 1/19 | L | | |
| 211. | | | | | BUY | 1/23 | M | | |
| 212. WILLIAMS SONOMA | A | Dividend | K | T | | | | | |
| 213. AIR PRODUCTS & CHEMICALS | C | Dividend | N | T | BUY | 1/23 | L | | |
| 214. FLUOR CORP | A | Dividend | M | T | BUY | 5/3 | K | | |
| 215. | | | | | DONATION | 11/7 | K | | |
| 216. | | | | | DONATION | 11/7 | K | | |
| 217. INT'L BUSINESS MACHINES | B | Dividend | M | T | BUY | 12/5 | K | | |
| 218. MICROSOFT CORP | C | Dividend | N | T | BUY | 1/23 | M | | |
| 219. | | | | | BUY | 2/9 | K | | |
| 220. | | | | | BUY | 7/9 | K | | |
| 221. | | | | | BUY | 8/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | DONATION | 11/7 | K | | |
| 223. | | | | | DONATION | 11/7 | K | | |
| 224. | | | | | BUY | 12/5 | M | | |
| 225. CAMPBELL SOUP CO | B | Dividend | L | T | | | | | |
| 226. ROYAL DUTCH SHELL | E | Dividend | O | T | BUY | 1/23 | M | | |
| 227. | | | | | BUY | 5/18 | K | | |
| 228. | | | | | BUY | 8/6 | K | | |
| 229. | | | | | BUY | 12/5 | L | | |
| 230. UNITED TECHNOLOGIES | D | Dividend | N | T | BUY | 1/23 | L | | |
| 231. | | | | | DONATION | 11/7 | J | | |
| 232. | | | | | DONATION | 11/7 | J | | |
| 233. BAKER HUGHES | A | Dividend | M | T | DONATION | 1/18 | K | | |
| 234. | | | | | DONATION | 1/19 | K | | |
| 235. | | | | | BUY | 1/23 | L | | |
| 236. | | | | | BUY | 8/6 | J | | |
| 237. CITIGROUP | B | Dividend | | | SELL | 11/7 | K | A | |
| 238. WELLS FARGO & CO | C | Dividend | L | T | BUY | 7/9 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | PARTIAL SALE | 11/2 | M | C | |
| 240. BERKSHIRE HATHAWAY | | None | | | DONATION | 11/7 | K | | |
| 241. | | | | | DONATION | 11/7 | K | | |
| 242. COSTCO | A | Dividend | M | T | | | | | |
| 243. LOWES COS | C | Dividend | O | T | BUY | 1/23 | M | | |
| 244. | | | | | BUY | 7/9 | L | | |
| 245. | | | | | BUY | 12/19 | M | | |
| 246. UNITED PARCEL SERVICE | B | Dividend | M | T | BUY | 1/23 | L | | |
| 247. | | | | | BUY | 7/9 | J | | |
| 248. EXXON MOBIL | B | Dividend | L | T | PARTIAL SALE | 1/3 | J | C | |
| 249. | | | | | DONATION | 1/18 | J | | |
| 250. | | | | | DONATION | 1/19 | J | | |
| 251. FEDEX CORP | A | Dividend | L | T | BUY | 1/23 | J | | |
| 252. | | | | | BUY | 12/5 | K | | |
| 253. SIEMENS | B | Dividend | M | T | BUY | 1/23 | J | | |
| 254. ALLERGAN INC | A | Dividend | N | T | DONATION | 1/18 | K | | |
| 255. | | | | | DONATION | 1/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | BUY | 1/23 | M | | |
| 257. | | | | | BUY | 7/9 | K | | |
| 258. | | | | | DONATION | 11/7 | K | | |
| 259. | | | | | DONATION | 11/7 | K | | |
| 260. | | | | | BUY | 12/5 | L | | |
| 261. SLM CORP | C | Dividend | M | T | BUY | 1/23 | M | | |
| 262. | | | | | BUY | 3/30 | K | | |
| 263. | | | | | BUY | 4/2 | K | | |
| 264. | | | | | PARTIAL SALE | 4/17 | K | A | |
| 265. | | | | | PARTIAL SALE | 4/18 | K | A | |
| 266. | | | | | PARTIAL SALE | 4/20 | J | A | |
| 267. | | | | | PARTIAL SALE | 5/2 | L | A | |
| 268. | | | | | PARTIAL SALE | 5/3 | K | D | |
| 269. | | | | | PARTIAL SALE | 5/4 | K | D | |
| 270. | | | | | PARTIAL SALE | 5/7 | J | C | |
| 271. | | | | | PARTIAL SALE | 5/9 | J | B | |
| 272. | | | | | PARTIAL SALE | 5/31 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | PARTIAL SALE | 6/1 | M | E | |
| 274. | | | | | PARTIAL SALE | 6/4 | K | D | |
| 275. | | | | | PARTIAL SALE | 6/8 | K | D | |
| 276. | | | | | PARTIAL SALE | 6/11 | K | D | |
| 277. | | | | | PARTIAL SALE | 6/12 | K | C | |
| 278. | | | | | PARTIAL SALE | 6/15 | K | D | |
| 279. | | | | | PARTIAL SALE | 6/18 | M | E | |
| 280. | | | | | SALE | 6/19 | J | B | |
| 281. | | | | | BUY | 12/27 | M | | |
| 282. WEATHERFORD INTL | | None | M | T | DONATION | 1/18 | K | | |
| 283. | | | | | DONATION | 1/19 | K | | |
| 284. | | | | | BUY | 1/23 | L | | |
| 285. RIO TINTO | C | Dividend | N | T | | | | | |
| 286. AMERICAN STD | A | Dividend | | | PARTIAL SALE | 1/8 | K | B | |
| 287. | | | | | PARTIAL SALE | 1/9 | K | D | |
| 288. | | | | | PARTIAL SALE | 1/10 | K | C | |
| 289. | | | | | PARTIAL SALE | 2/26 | M | F | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | SELL | 5/24 | M | F | |
| 291. SAP | D | Dividend | N | T | BUY | 1/24 | M | | |
| 292. KINDER MORGAN | A | Dividend | | | SELL | 2/13 | K | C | |
| 293. MITSUBISHI CORP | C | Dividend | N | T | BUY | 12/5 | L | | |
| 294. COMCAST | | None | M | T | DONATION | 1/18 | K | | |
| 295. | | | | | DONATION | 1/19 | K | | |
| 296. | | | | | BUY | 6/22 | L | | |
| 297. CANON | B | Dividend | M | T | BUY | 10/24 | M | | |
| 298. | | | | | BUY | 12/5 | K | | |
| 299. WHOLE FOODS MARKET | A | Dividend | | | SELL | 8/30 | K | D | |
| 300. KRAFT FOODS | C | Dividend | M | T | BUY | 1/23 | K | | |
| 301. | | | | | BUY | 7/9 | K | | |
| 302. | | | | | BUY | 11/6 | K | | |
| 303. MITSUBISHI ESTATE | A | Dividend | | | BUY | 2/28 | K | | |
| 304. | | | | | PARTIAL SALE | 6/28 | M | E | |
| 305. | | | | | PARTIAL SALE | 7/26 | M | F | |
| 306. | | | | | SELL | 7/27 | L | E | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. HONG KONG & CHINA GAS | C | Dividend | N | T | BUY | 1/24 | K | | |
| 308. JPMORGAN CHASE | C | Dividend | M | T | DONATION | 1/18 | J | | |
| 309. | | | | | DONATION | 1/19 | J | | |
| 310. | | | | | BUY | 8/6 | L | | |
| 311. | | | | | PARTIAL SALE | 11/1 | L | D | |
| 312. HBOS PLC | D | Dividend | L | T | BUY | 1/24 | L | | |
| 313. | | | | | PARTIAL SALE | 5/17 | L | E | |
| 314. PROCTER & GAMBLE | A | Dividend | J | T | BUY | 1/23 | J | | |
| 315. | | | | | PARTIAL SALE | 9/26 | K | D | |
| 316. AUTONATION | | None | L | T | BUY | 1/23 | J | | |
| 317. | | | | | BUY | 7/9 | J | | |
| 318. | | | | | BUY | 8/6 | J | | |
| 319. AMERICAN INTL GROUP | C | Dividend | N | T | BUY | 1/23 | K | | |
| 320. | | | | | BUY | 4/16 | K | | |
| 321. | | | | | BUY | 4/17 | J | | |
| 322. | | | | | BUY | 4/20 | K | | |
| 323. | | | | | BUY | 6/22 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | BUY | 8/20 | L | | |
| 325. | | | | | BUY | 9/7 | M | | |
| 326. | | | | | BUY | 10/24 | L | | |
| 327. CHEVRON CORP | | None | | | DONATION | 1/18 | J | | |
| 328. | | | | | DONATION | 1/19 | J | | |
| 329. | | | | | SELL | 2/7 | M | E | |
| 330. SUMITOMO MITSUI FINL | B | Dividend | L | T | BUY | 1/24 | L | | |
| 331. | | | | | PARTIAL SALE | 2/27 | M | E | |
| 332. | | | | | SALE | 8/24 | M | A | |
| 333. | | | | | BUY | 9/26 | L | | |
| 334. BHP BILLITON | B | Dividend | L | T | BUY | 7/10 | J | | |
| 335. | | | | | BUY | 8/7 | J | | |
| 336. GENERAL GROWTH PPTYS | C | Dividend | M | T | DONATION | 1/18 | K | | |
| 337. | | | | | DONATION | 1/19 | K | | |
| 338. | | | | | BUY | 1/23 | M | | |
| 339. OMNICOM GROUP | B | Dividend | M | T | DONATION | 1/18 | K | | |
| 340. | | | | | DONATION | 1/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | BUY | 1/23 | L | | |
| 342. | | | | | BUY | 7/9 | J | | |
| 343. | | | | | BUY | 12/5 | J | | |
| 344. MITSUI SUMITOMO INS | None | | | | PARTIAL SALE | 1/4 | K | D | |
| 345. | | | | | SELL | 1/5 | K | B | |
| 346. DAVITA | None | | N | T | DONATION | 1/18 | L | | |
| 347. | | | | | DONATION | 1/19 | L | | |
| 348. | | | | | BUY | 1/23 | M | | |
| 349. | | | | | BUY | 2/15 | K | | |
| 350. | | | | | BUY | 2/16 | L | | |
| 351. | | | | | BUY | 12/5 | K | | |
| 352. WELLPOINT | None | | | | DONATION | 1/18 | L | | |
| 353. | | | | | DONATION | 1/19 | L | | |
| 354. | | | | | BUY | 1/23 | M | | |
| 355. | | | | | PARTIAL SALE | 2/26 | K | A | |
| 356. | | | | | PARTIAL SALE | 2/27 | J | A | |
| 357. | | | | | PARTIAL SALE | 2/28 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | PARTIAL SALE | 3/5 | J | A | |
| 359. | | | | | PARTIAL SALE | 9/19 | M | D | |
| 360. | | | | | SELL | 9/20 | K | B | |
| 361. TIME WARNER | B | Dividend | L | T | BUY | 1/23 | K | | |
| 362. ENI | | None | | | SELL | 1/24 | K | D | |
| 363. FANUC | D | Dividend | N | T | BUY | 1/24 | M | | |
| 364. | | | | | PARTIAL SALE | 3/7 | K | A | |
| 365. | | | | | BUY | 12/5 | J | | |
| 366. FOREST LABS | | None | L | T | BUY | 4/30 | K | | |
| 367. ALCAN | B | Dividend | | | SELL | 7/26 | N | G | |
| 368. VERIZON COMM | B | Dividend | L | T | | | | | |
| 369. SMITH & NEPHEW | B | Dividend | M | T | | | | | |
| 370. CISCO | | None | M | T | DONATION | 1/18 | K | | |
| 371. | | | | | DONATION | 1/19 | K | | |
| 372. | | | | | BUY | 1/23 | M | | |
| 373. AGILENT TECH | | None | M | T | DONATION | 1/18 | K | | |
| 374. | | | | | DONATION | 1/19 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | BUY | 8/27 | J | | |
| 376. | | | | | BUY | 8/28 | K | | |
| 377. | | | | | BUY | 8/29 | J | | |
| 378. | | | | | BUY | 8/30 | J | | |
| 379. | | | | | BUY | 8/31 | K | | |
| 380. | | | | | BUY | 9/5 | J | | |
| 381. | | | | | BUY | 9/6 | J | | |
| 382. | | | | | BUY | 9/7 | J | | |
| 383. | | | | | BUY | 9/10 | J | | |
| 384. | | | | | BUY | 9/12 | J | | |
| 385. | | | | | BUY | 9/13 | J | | |
| 386. | | | | | BUY | 10/17 | K | | |
| 387. | | | | | BUY | 10/18 | J | | |
| 388. HANG LUNG PROP | C | Dividend | N | T | BUY | 1/24 | K | | |
| 389. TOKYO GAS | | None | | | SELL | 2/23 | L | D | |
| 390. ACCOR | C | Dividend | L | T | BUY | 1/24 | K | | |
| 391. | | | | | PARTIAL SALE | 3/7 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | BUY | 8/7 | J | | |
| 393. COCA-COLA AMATIL | B | Dividend | L | T | BUY | 1/24 | K | | |
| 394. SINGAPORE TELECOM | D | Dividend | M | T | | | | | |
| 395. TESCO | B | Dividend | M | T | BUY | 8/22 | M | | |
| 396. WOOLWORTHS | C | Dividend | M | T | | | | | |
| 397. SUZUKI MOTOR | A | Dividend | M | T | | | | | |
| 398. L'OREAL | B | Dividend | N | T | BUY | 3/16 | K | | |
| 399. | | | | | BUY | 7/17 | L | | |
| 400. | | | | | BUY | 7/30 | K | | |
| 401. | | | | | BUY | 9/17 | J | | |
| 402. | | | | | BUY | 10/10 | J | | |
| 403. | | | | | BUY | 12/17 | M | | |
| 404. POTASH CORP SK C$ | B | Dividend | O | T | BUY | 1/23 | M | | |
| 405. | | | | | PARTIAL SALE | 10/18 | L | E | |
| 406. | | | | | PARTIAL SALE | 11/9 | N | G | |
| 407. NATIONAL INSTRUMENTS CORP | A | Dividend | L | T | | | | | |
| 408. SEPRACOR INC | | None | M | T | BUY | 7/9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | BUY | 7/27 | L | | |
| 410. | | | | | PARTIAL SALE | 8/29 | L | A | |
| 411. | | | | | BUY | 10/4 | J | | |
| 412. | | | | | BUY | 10/5 | J | | |
| 413. | | | | | BUY | 10/9 | J | | |
| 414. IBERDROLA SA | A | Dividend | | | SELL | 2/23 | K | D | |
| 415. WASHINGTON MUT INC | E | Dividend | L | T | BUY | 7/9 | K | | |
| 416. | | | | | PARTIAL SALE | 11/2 | K | A | |
| 417. | | | | | PARTIAL SALE | 11/23 | K | A | |
| 418. TOLL HLDGS LTD | C | Dividend | M | T | BUY | 3/8 | L | | |
| 419. | | | | | BUY | 3/12 | K | | |
| 420. | | | | | BUY | 3/23 | J | | |
| 421. | | | | | PARTIAL SALE | 4/11 | J | A | |
| 422. | | | | | BUY | 7/10 | J | | |
| 423. | | | | | BUY | 10/3 | J | | |
| 424. | | | | | PARTIAL SALE | 10/3 | J | A | |
| 425. EXELON CORPORATION | B | Dividend | | | SELL | 10/24 | L | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. GENERAL DYNAMICS CORP | | None | | | SELL | 1/5 | L | E | |
| 427. CENTRICA | B | Dividend | | | PARTIAL SALE | 3/7 | K | E | |
| 428. | | | | | SELL | 8/2 | L | E | |
| 429. MILLENNIUM PHARMACEUTICALS INC | | None | M | T | BUY | 8/6 | J | | |
| 430. | | | | | DONATION | 11/7 | K | | |
| 431. | | | | | DONATION | 11/7 | K | | |
| 432. | | | | | BUY | 12/5 | J | | |
| 433. EAST WEST BANCORP INC | B | Dividend | L | T | BUY | 1/23 | K | | |
| 434. ALTADIS SA (SPAIN) | A | Dividend | | | PARTIAL SALE | 4/2 | J | B | |
| 435. | | | | | PARTIAL SALE | 4/3 | J | B | |
| 436. | | | | | PARTIAL SALE | 4/5 | J | B | |
| 437. | | | | | PARTIAL SALE | 4/10 | J | B | |
| 438. | | | | | PARTIAL SALE | 4/12 | J | B | |
| 439. | | | | | SELL | 7/3 | K | D | |
| 440. FORTIS | D | Dividend | M | T | BUY | 1/24 | M | | |
| 441. | | | | | BUY | 2/5 | K | | |
| 442. | | | | | BUY | 12/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | PARTIAL SALE | 10/10 | K | D | |
| 444. LEGGETT & PLATT INC | A | Dividend | | | SELL | 1/23 | K | A | |
| 445. SUMITOMO REAL ESTATE SALES | A | Dividend | K | T | BUY | 12/5 | K | | |
| 446. JOHNSTON PRESS PLC | B | Dividend | | | BUY | 1/24 | J | | |
| 447. | | | | | BUY | 9/26 | K | | |
| 448. | | | | | PARTIAL SALE | 11/20 | J | A | |
| 449. | | | | | PARTIAL SALE | 11/26 | K | A | |
| 450. | | | | | PARTIAL SALE | 11/27 | K | A | |
| 451. | | | | | PARTIAL SALE | 11/29 | J | A | |
| 452. | | | | | SELL | 11/30 | J | A | |
| 453. SASOL SPON ADR | | None | | | BUY | 1/23 | L | | |
| 454. | | | | | PARTIAL SALE | 3/20 | K | A | |
| 455. | | | | | SELL | 3/21 | M | A | |
| 456. INDITEX | B | Dividend | L | T | | | | | |
| 457. RINKER GROUP LTD | B | Dividend | | | PARTIAL SALE | 5/8 | K | C | |
| 458. | | | | | PARTIAL SALE | 5/9 | K | D | |
| 459. | | | | | PARTIAL SALE | 5/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | PARTIAL SALE | 5/11 | K | C | |
| 461. | | | | | PARTIAL SALE | 5/14 | L | E | |
| 462. | | | | | SELL | 10/9 | L | . E | |
| 463.  CANADIAN NATURAL RESOURCES | B | Dividend | O | T | BUY | 1/23 | K | | |
| 464. | | | | | BUY | 2/12 | M | | |
| 465. | | | | | BUY | 4/3 | J | | |
| 466. | | | | | BUY | 4/4 | K | | |
| 467. | | | | | PARTIAL SALE | 9/18 | L | D | |
| 468. | | | | | BUY | 12/5 | K | | |
| 469.  ALLIANZ | B | Dividend | M | T | BUY | 1/24 | K | | |
| 470. | | | | | BUY | 12/5 | K | | |
| 471.  BAYER AG BEARER | | None | | | SELL | 2/23 | L | E | |
| 472.  BMW | B | Dividend | L | T | BUY | 1/24 | K | | |
| 473.  BANCO SANTANDER CENTRAL HISPANO | C | Dividend | M | T | BUY | 10/16 | K | | |
| 474.  VEOLIA ENVIRONMENT | D | Dividend | O | T | BUY | 1/24 | J | | |
| 475. | | | | | BUY | 2/28 | L | | |
| 476. | | | | | PARTIAL SALE | 6/27 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | BUY | 7/10 | K | | |
| 478. KINGFISHER PLC | C | Dividend | L | T | BUY | 8/31 | K | | |
| 479. CADBURY SCHWEPPES | A | Dividend | | | PARTIAL SALE | 1/11 | K | B | |
| 480. | | | | | PARTIAL SALE | 1/12 | J | A | |
| 481. | | | | | SELL | 5/24 | K | D | |
| 482. SCOTTISH AND SOUTHERN ENERGY | D | Dividend | N | T | BUY | 4/2 | M | | |
| 483. TREND MICRO | B | Dividend | M | T | BUY | 2/22 | L | | |
| 484. | | | | | BUY | 7/10 | K | | |
| 485. | | | | | BUY | 7/11 | K | | |
| 486. TOKYO ELECTRIC POWER CO | A | Dividend | | | BUY | 1/24 | K | | |
| 487. | | | | | SELL | 8/15 | L | A | |
| 488. MCDONALDS CORP | C | Dividend | M | T | BUY | 1/23 | K | | |
| 489. | | | | | BUY | 12/5 | K | | |
| 490. IMCLONE | | None | K | T | BUY | 1/23 | J | | |
| 491. | | | | | DONATION | 11/7 | K | | |
| 492. | | | | | DONATION | 11/7 | K | | |
| 493. AVON PRODUCTS INC | B | Dividend | L | T | BUY | 1/23 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. CAPITAL ONE FINANCIAL CORP | A | Dividend | L | T | BUY | 1/30 | L | | |
| 495. DANAHER CORP | A | Dividend | M | T | BUY | 1/23 | K | | |
| 496. | | | | | BUY | 12/5 | M | | |
| 497. ALCOA INC | B | Dividend | K | T | BUY | 1/23 | K | | |
| 498. | | | | | PARTIAL SALE | 6/19 | L | E | |
| 499. DELTA PETROLEUM | | None | N | T | BUY | 1/23 | M | | |
| 500. | | | | | BUY | 4/10 | L | | |
| 501. ZYMOGENETICS INC | | None | M | T | BUY | 1/23 | K | | |
| 502. | | | | | BUY | 7/9 | J | | |
| 503. | | | | | BUY | 8/2 | K | | |
| 504. | | | | | BUY | 8/3 | K | | |
| 505. | | | | | BUY | 8/6 | J | | |
| 506. NEWCREST MINING NPV | D | Dividend | M | T | BUY | 1/24 | K | | |
| 507. | | | | | BUY | 1/29 | J | | |
| 508. BRAMBLES IND LTD | B | Interest | M | T | BUY | 2/5 | L | | |
| 509. BARRICK GOLD CORP | C | Dividend | O | T | BUY | 1/9 | M | | |
| 510. | | | | | BUY | 1/23 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | BUY | 7/3 | L | | |
| 512. | | | | | BUY | 7/4 | K | | |
| 513. TOTAL SA | D | Dividend | N | T | BUY | 1/24 | M | | |
| 514. | | | | | BUY | 4/2 | K | | |
| 515. | | | | | BUY | 5/31 | J | | |
| 516. | | | | | BUY | 8/1 | J | | |
| 517. | | | | | BUY | 12/5 | K | | |
| 518. NOKIA OYJ | C | Dividend | M | T | PARTIAL SALE | 3/23 | K | C | |
| 519. MELCO INT'L | A | Dividend | M | T | BUY | 6/25 | K | | |
| 520. | | | | | BUY | 6/26 | K | | |
| 521. | | | | | BUY | 6/27 | K | | |
| 522. | | | | | BUY | 7/9 | K | | |
| 523. SOFTBANK CORP | A | Dividend | N | T | BUY | 1/24 | L | | |
| 524. | | | | | BUY | 5/1 | M | | |
| 525. | | | | | BUY | 9/21 | K | | |
| 526. NIPPON STEEL CORP | | None | | | SELL | 2/26 | L | E | |
| 527. The Walt Disney (OLD NAME:DISNEY WALT CO) | B | Dividend | M | T | BUY | 12/5 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. CORNING INC COM | A | Dividend | M | T | BUY | 1/23 | K | | |
| 529. | | | | | DONATION | 11/7 | J | | |
| 530. | | | | | DONATION | 11/7 | J | | |
| 531. MARSH & MCLENNAN COS | B | Dividend | | | BUY | 1/23 | K | | |
| 532. | | | | | BUY | 7/9 | J | | |
| 533. | | | | | BUY | 8/6 | J | | |
| 534. | | | | | PARTIAL SALE | 11/27 | K | A | |
| 535. | | | | | PARTIAL SALE | 11/28 | K | A | |
| 536. | | | | | SELL | 11/29 | J | A | |
| 537. MEDTRONIC INC | B | Dividend | M | T | BUY | 12/5 | L | | |
| 538. NY Empire UDC 5% 1/1/13 | D | Interest | N | T | | | | | |
| 539. NY DORM AUTH SVC 4.375% 4/1/11 | D | Interest | N | T | | | | | |
| 540. NYS TWY AMBA 5% 4/01/09 | D | Interest | N | T | | | | | |
| 541. NYS TWY 5% 4/1/19 | E | Interest | N | T | | | | | |
| 542. NYC HLTH/HOSP CORP 4.05% 2/15/11 | D | Interest | N | T | | | | | |
| 543. NYS DORM AUTH 4.5% 7/1/09 | D | Interest | N | T | | | | | |
| 544. NYS DORM 5.25% 11/15/23 | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. NY TOBACCO SETTLEMENT 5% 6/1/09 | B | Interest | | | SELL | 3/14 | M | A | |
| 546. SUFFOLK CO NY MBI 4% 6/15/11 | D | Interest | N | T | | | | | |
| 547. NY ST ENVIRON FAC CL 5.25% 6/15/12 | D | Interest | N | T | | | | | |
| 548. NASSAU CO SALES TAX 5% 11/15/14 | C | Interest | | | SELL | 3/14 | M | B | |
| 549. NYC GO 5% 8/1/15 | D | Interest | N | T | | | | | |
| 550. NY ST ENV PIT FGIC 5.25% 12/15/16 | C | Interest | | | SELL | 3/14 | N | C | |
| 551. YONKERS NY GO MBIA 5% 12/1/07 | D | Interest | | | REDEMPTION | 12/3 | N | A | |
| 552. MET TRANS AUTH NY 5.25% 11/15/17 | D | Interest | N | T | | | | | |
| 553. NY CITY TFA 5.5% 11/1/26 | E | Interest | N | T | | | | | |
| 554. NY SALES TAX RECEIV 5% 10/15/21 | D | Interest | N | T | | | | | |
| 555. NEW YORK CITY GO M 5% 4/1/13 | E | Interest | N | T | | | | | |
| 556. NY ST DORM AUTH ST 5% 7/1/15 | D | Interest | N | T | | | | | |
| 557. NY ST TWY AU FSA 5% 4/1/15 | D | Interest | N | T | | | | | |
| 558. EMPIRE ST DEV 5.5% 1/1/17 (FORMERLY NYS URBAN DEV CORP ) | D | Interest | | | SELL | 3/14 | N | A | |
| 559. NY ST TWYAU AMBAC5% 4/1/19 | E | Interest | N | T | | | | | |
| 560. ING GROUP NV CVA | E | Dividend | N | T | BUY | 1/24 | M | | |
| 561. | | | | | BUY | 7/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. BAE SYSTEMS PLC | D | Dividend | N | T | BUY | 1/24 | K | | |
| 563. | | | | | BUY | 7/3 | L | | |
| 564. | | | | | BUY | 8/22 | J | | |
| 565. YELL GROUP PLC | D | Dividend | | | BUY | 4/12 | J | | |
| 566. | | | | | BUY | 4/13 | K | | |
| 567. | | | | | BUY | 4/17 | K | | |
| 568. | | | | | BUY | 4/19 | K | | |
| 569. | | | | | BUY | 7/10 | L | | |
| 570. | | | | | PARTIAL SALE | 8/14 | M | A | |
| 571. | | | | | PARTIAL SALE | 8/15 | L | A | |
| 572. | | | | | SALE | 10/12 | K | A | |
| 573. SPRINT NEXTEL CORP | | None | | | PARTIAL SALE | 1/12 | J | A | |
| 574. | | | | | PARTIAL SALE | 1/16 | J | A | |
| 575. | | | | | PARTIAL SALE | 1/17 | J | A | |
| 576. | | | | | PARTIAL SALE | 1/18 | J | A | |
| 577. | | | | | PARTIAL SALE | 1/19 | J | A | |
| 578. | | | | | SELL | 1/22 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. WACHOVIA CORP | D | Dividend | M | T | BUY | 1/23 | L | | |
| 580. | | | | | BUY | 1/31 | J | | |
| 581. | | | | | BUY | 10/18 | J | | |
| 582. | | | | | BUY | 12/4 | K | | |
| 583. | | | | | BUY | 12/5 | K | | |
| 584. TARGET CORP | B | Dividend | M | T | BUY | 1/23 | L | | |
| 585. | | | | | BUY | 6/5 | K | | |
| 586. | | | | | BUY | 12/5 | K | | |
| 587. DELL INC | | None | M | T | BUY | 2/1 | L | | |
| 588. PUERTO RICO COMM 5% 12/1/2013 | E | Interest | N | T | | | | | |
| 589. SARA LEE CORP | B | Dividend | L | T | BUY | 1/23 | K | | |
| 590. METROPOLITAN TR AUTH G2 11/1/2026 | B | Interest | | | SELL | 2/26 | M | A | |
| 591. INFOSYS TECHNOLOGIES ADR | B | Dividend | | | PARTIAL SALE | 11/28 | L | D | |
| 592. | | | | | SELL | 11/29 | L | D | |
| 593. JARDEN CORP | | None | M | T | BUY | 1/23 | K | | |
| 594. | | | | | BUY | 3/30 | J | | |
| 595. | | | | | BUY | 4/2 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | BUY | 4/3 | J | | |
| 597. | | | | | BUY | 8/20 | J | | |
| 598. | | | | | BUY | 8/21 | K | | |
| 599. | | | | | BUY | 8/22 | K | | |
| 600. | | | | | BUY | 8/23 | J | | |
| 601. CAMECO CORP | A | Dividend | M | T | BUY | 1/23 | K | | |
| 602. | | | | | BUY | 7/27 | K | | |
| 603. | | | | | BUY | 8/3 | J | | |
| 604. | | | | | BUY | 8/9 | J | | |
| 605. | | | | | BUY | 10/2 | K | | |
| 606. | | | | | BUY | 12/5 | J | | |
| 607. TORONTO-DOMINION BANK | C | Dividend | M | T | BUY | 1/23 | J | | |
| 608. AXA | D | Dividend | N | T | BUY | 1/10 | L | | |
| 609. | | | | | BUY | 1/24 | L | | |
| 610. | | | | | BUY | 7/3 | K | | |
| 611. | | | | | BUY | 8/7 | K | | |
| 612. | | | | | BUY | 12/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  ICICI BANK LTD | B | Dividend | M | T | | | | | |
| 614.  AMAZON.COM | | None | M | T | PARTIAL SALE | 8/2 | M | F | |
| 615.  CERNER CORP | | None | N | T | BUY | 1/24 | L | | |
| 616. | | | | | BUY | 2/12 | J | | |
| 617. | | | | | BUY | 2/13 | J | | |
| 618. | | | | | BUY | 2/15 | K | | |
| 619. | | | | | BUY | 2/16 | J | | |
| 620. | | | | | BUY | 2/20 | J | | |
| 621. | | | | | BUY | 2/22 | J | | |
| 622. | | | | | DONATION | 11/7 | J | | |
| 623. | | | | | DONATION | 11/7 | J | | |
| 624.  LINCARE HOLDING INC | | None | | | BUY | 1/23 | L | | |
| 625. | | | | | PARTIAL SALE | 1/25 | J | A | |
| 626. | | | | | PARTIAL SALE | 1/26 | J | A | |
| 627. | | | | | PARTIAL SALE | 1/29 | J | A | |
| 628. | | | | | PARTIAL SALE | 1/30 | J | A | |
| 629. | | | | | PARTIAL SALE | 1/31 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,000 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | PARTIAL SALE | 2/1 | K | A | |
| 631. | | | | | PARTIAL SALE | 2/5 | J | A | |
| 632. | | | | | PARTIAL SALE | 2/6 | K | A | |
| 633. | | | | | PARTIAL SALE | 2/7 | J | A | |
| 634. | | | | | PARTIAL SALE | 2/8 | J | A | |
| 635. | | | | | PARTIAL SALE | 2/13 | J | A | |
| 636. | | | | | PARTIAL SALE | 2/14 | J | A | |
| 637. | | | | | PARTIAL SALE | 2/15 | J | A | |
| 638. | | | | | PARTIAL SALE | 2/16 | J | A | |
| 639. | | | | | PARTIAL SALE | 2/200 | J | A | |
| 640. | | | | | PARTIAL SALE | 2/21 | J | A | |
| 641. | | | | | PARTIAL SALE | 2/26 | J | A | |
| 642. | | | | | PARTIAL SALE | 3/6 | J | A | |
| 643. | | | | | PARTIAL SALE | 3/7 | J | A | |
| 644. | | | | | PARTIAL SALE | 3/8 | J | A | |
| 645. | | | | | PARTIAL SALE | 3/9 | J | A | |
| 646. | | | | | SELL | 3/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. HANESBRANDS INC | | None | K | T | BUY | 7/9 | K | | |
| 648. ARCH COAL INC | A | Dividend | M | T | BUY | 1/23 | J | | |
| 649. | | | | | BUY | 8/6 | J | | |
| 650. CLARIANT NAM | A | Dividend | | | BUY | 8/7 | J | | |
| 651. | | | | | PARTIAL SALE | 11/21 | K | A | |
| 652. | | | | | SELL | 11/26 | K | A | |
| 653. UCB SA | D | Dividend | M | T | PARTIAL SALE | 5/31 | K | A | |
| 654. | | | | | PARTIAL SALE | 6/1 | L | A | |
| 655. | | | | | PARTIAL SALE | 6/4 | K | A | |
| 656. | | | | | PARTIAL SALE | 8/14 | J | A | |
| 657. | | | | | PARTIAL SALE | 8/15 | K | A | |
| 658. | | | | | BUY | 11/16 | L | | |
| 659. | | | | | BUY | 11/19 | K | | |
| 660. | | | | | PARTIAL SALE | 12/24 | J | A | |
| 661. | | | | | PARTIAL SALE | 12/27 | J | A | |
| 662. LEGAL & GENERAL GP PLC | C | Dividend | | | BUY | 7/10 | J | | |
| 663. | | | | | PARTIAL SALE | 11/7 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | SELL | 11/8 | L | A | |
| 665. SABMILLER PLC | D | Dividend | O | T | BUY | 1/10 | M | | |
| 666. | | | | | BUY | 1/24 | K | | |
| 667. | | | | | BUY | 3/5 | J | | |
| 668. | | | | | BUY | 7/10 | L | | |
| 669. | | | | | BUY | 11/19 | J | | |
| 670. | | | | | BUY | 11/20 | L | | |
| 671. | | | | | BUY | 11/21 | K | | |
| 672. | | | | | BUY | 12/5 | K | | |
| 673. SWIRE PACIFIC LTD | C | Dividend | M | T | BUY | 7/10 | J | | |
| 674. MITSUBISHI UFJ HOLDINGS | A | Dividend | | | BUY | 1/24 | L | | |
| 675. | | | | | SELL | 8/20 | L | A | |
| 676. JOHNSON CONTROLS LTD | A | Dividend | L | T | BUY | 1/23 | K | | |
| 677. MET TRANS AUTH NY 5% 11/15/2015 | E | Interest | N | T | | | | | |
| 678. AFLAC INC | B | Dividend | M | T | BUY | 2/13 | L | | |
| 679. | | | | | BUY | 12/5 | J | | |
| 680. COMPASS BANCSHARES INC | A | Dividend | | | BUY | 1/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. | | | | | BUY | 1/25 | J | | |
| 682. | | | | | BUY | 2/8 | J | | |
| 683. | | | | | BUY | 2/12 | J | | |
| 684. | | | | | SELL | 6/4 | K | D | |
| 685. NY ST DORM AUTH 5% 3/15/2018 | D | Interest | O | T | | | | | |
| 686. PALM BCH CO FL 5% 11/15/2020 | D | Interest | | | SELL | 3/14 | O | A | |
| 687. NY CITY TFA 98C 5/1/2028 | D | Interest | M | T | | | | | |
| 688. COCA-COLA CO | C | Dividend | M | T | BUY | 1/23 | J | | |
| 689. | | | | | BUY | 6/22 | K | | |
| 690. | | | | | BUY | 7/9 | J | | |
| 691. | | | | | BUY | 12/5 | J | | |
| 692. MITSHUBISHI HVY IND | A | Dividend | | | BUY | 5/24 | K | | |
| 693. | | | | | SELL | 11/6 | L | A | |
| 694. UNILEVER PLC | D | Dividend | N | T | BUY | 3/23 | M | | |
| 695. | | | | | BUY | 6/25 | L | | |
| 696. | | | | | BUY | 11/30 | M | | |
| 697. | | | | | BUY | 12/17 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. MONEY MARKET-FEDERATED NY MUNI | G | Interest | P1 | T | | | | | |
| 699. NEW YORK NY GO 5% 1/1/2022 | D | Interest | O | T | | | | | |
| 700. VERIGY LTD | | None | | | PARTIAL SALE | 3/16 | J | B | |
| 701. | | | | | SELL | 3/19 | J | B | |
| 702. IDEARC INC | A | Dividend | | | SELL | 3/6 | J | A | |
| 703. Billabong Int'l LTD | B | Dividend | L | T | BUY | 1/17 | K | | |
| 704. | | | | | BUY | 1/24 | K | | |
| 705. | | | | | BUY | 1/29 | J | | |
| 706. Omega Pharma SA | A | Dividend | M | T | BUY | 1/11 | L | | |
| 707. | | | | | BUY | 1/24 | J | | |
| 708. | | | | | BUY | 11/16 | K | | |
| 709. | | | | | BUY | 11/19 | J | | |
| 710. | | | | | BUY | 11/20 | J | | |
| 711. | | | | | BUY | 11/22 | K | | |
| 712. | | | | | PARTIAL SALE | 12/27 | J | A | |
| 713. | | | | | PARTIAL SALE | 12/28 | J | A | |
| 714. Dassault Systemes SA | A | Dividend | L | T | BUY | 2/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | BUY | 3/2 | J | | |
| 716. | | | | | BUY | 12/5 | K | | |
| 717. Banco Bilbao Vizcaya Argentina SA | C | Dividend | M | T | BUY | 2/28 | L | | |
| 718. | | | | | BUY | 5/24 | L | | |
| 719. | | | | | BUY | 7/10 | J | | |
| 720. Hankyu Hanshin Holdings Inc | A | Dividend | L | T | BUY | 1/5 | K | | |
| 721. | | | | | BUY | 1/9 | J | | |
| 722. | | | | | BUY | 1/11 | K | | |
| 723. | | | | | BUY | 1/24 | K | | |
| 724. | | | | | BUY | 7/10 | K | | |
| 725. | | | | | PARTIAL SALE | 11/12 | L | A | |
| 726. | | | | | BUY | 12/19 | K | | |
| 727. | | | | | BUY | 12/20 | K | | |
| 728. | | | | | BUY | 12/21 | K | | |
| 729. Kansai Elec Power | B | Dividend | | | BUY | 3/12 | M | | |
| 730. | | | | | BUY | 4/24 | L | | |
| 731. | | | | | PARTIAL SALE | 8/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | SELL | 8/20 | L | A | |
| 733. NTT | A | Dividend | | | BUY | 3/12 | L | | |
| 734. | | | | | BUY | 7/10 | J | | |
| 735. | | | | | SELL | 8/23 | L | A | |
| 736. Telenor ASA | B | Dividend | M | T | BUY | 2/28 | L | | |
| 737. American Medical Sys Hldgs | | None | L | T | BUY | 1/19 | K | | |
| 738. | | | | | BUY | 1/22 | K | | |
| 739. | | | | | BUY | 1/23 | K | | |
| 740. | | | | | BUY | 6/11 | J | | |
| 741. | | | | | BUY | 10/15 | J | | |
| 742. | | | | | BUY | 10/16 | J | | |
| 743. | | | | | BUY | 10/17 | K | | |
| 744. | | | | | BUY | 10/18 | J | | |
| 745. | | | | | BUY | 10/19 | K | | |
| 746. | | | | | PARTIAL SALE | 12/14 | J | A | |
| 747. | | | | | PARTIAL SALE | 12/17 | K | A | |
| 748. | | | | | PARTIAL SALE | 12/18 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. SAP AG Spon ADR | B | Dividend | L | T | BUY | 1/23 | L | | |
| 750. Siemens AG Namen | B | Dividend | M | T | BUY | 1/23 | L | | |
| 751. NYC NY E-Sub E2 DFRN 8/1/2034 | C | Interest | | | BUY | 2/8 | P1 | | |
| 752. | | | | | PARTIAL SALE | 2/21 | P1 | A | |
| 753. | | | | | PARTIAL SALE | 2/26 | P1 | A | |
| 754. | | | | | SELL | 3/14 | M | A | |
| 755. Arizon A Health Facs 2/1/2042 | E | Interest | O | T | BUY | 2/9 | O | | |
| 756. Walgreen Co | A | Dividend | K | T | BUY | 2/15 | K | | |
| 757. New York NYC Transitional 5% 11/1/2017 | E | Interest | O | T | BUY | 2/9 | O | | |
| 758. Hyundai Motor Com GDR | | None | L | T | BUY | 2/28 | L | | |
| 759. Progressive Corp Ohio | E | Dividend | M | T | BUY | 2/28 | L | | |
| 760. | | | | | BUY | 3/1 | L | | |
| 761. | | | | | BUY | 3/2 | L | | |
| 762. | | | | | BUY | 3/5 | J | | |
| 763. | | | | | BUY | 5/1 | K | | |
| 764. | | | | | BUY | 8/6 | J | | |
| 765. | | | | | PARTIAL SALE | 11/2 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. | | | | | PARTIAL SALE | 11/5 | J | A | |
| 767. | | | | | PARTIAL SALE | 11/6 | J | A | |
| 768. | | | | | PARTIAL SALE | 11/20 | L | A | |
| 769. | | | | | BUY | 12/26 | K | | |
| 770. PR HWY Rev 5.5% 7/1/2030 | D | Interest | O | T | BUY | 2/16 | O | | |
| 771. ST Lawrence NY Clarkson 4.25 7/1/2021 | D | Interest | O | T | BUY | 2/23 | O | | |
| 772. Genentech Inc | | None | N | T | BUY | 3/14 | N | | |
| 773. | | | | | BUY | 6/22 | L | | |
| 774. | | | | | BUY | 12/5 | L | | |
| 775. NY ST Dorm Manhattan 5% 7/1/2027 | C | Interest | N | T | BUY | 3/8 | O | | |
| 776. NY ST Dorm Auth Mental 5% 8/15/2014 | D | Interest | O | T | BUY | 2/23 | O | | |
| 777. NY ST Go 4.5% 3/1/2022 | E | Interest | P1 | T | BUY | 3/7 | P1 | | |
| 778. Roche Holding AG | | None | M | T | BUY | 5/7 | M | | |
| 779. | | | | | BUY | 7/10 | K | | |
| 780. Suntrust Banks Inc | D | Dividend | M | T | BUY | 4/20 | M | | |
| 781. | | | | | BUY | 5/1 | K | | |
| 782. | | | | | BUY | 7/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | BUY | 8/13 | J | | |
| 784. Google Inc | | None | M | T | BUY | 5/15 | L | | |
| 785. Paychex Inc | D | Dividend | N | T | BUY | 5/15 | N | | |
| 786. | | | | | BUY | 12/5 | K | | |
| 787. Ebay Inc | | None | M | T | BUY | 5/24 | M | | |
| 788. Wyeth | B | Dividend | L | T | BUY | 5/24 | L | | |
| 789. | | | | | BUY | 5/31 | M | | |
| 790. | | | | | BUY | 6/5 | K | | |
| 791. | | | | | BUY | 6/25 | L | | |
| 792. | | | | | BUY | 6/27 | J | | |
| 793. | | | | | BUY | 7/9 | J | | |
| 794. | | | | | PARTIAL SALE | 8/14 | L | A | |
| 795. | | | | | PARTIAL SALE | 8/15 | L | A | |
| 796. NY City Tra Recovery 11/1/2022 | B | Interest | L | T | BUY | 6/11 | L | | |
| 797. Boeing Co | B | Dividend | N | T | BUY | 6/21 | L | | |
| 798. | | | | | BUY | 6/27 | K | | |
| 799. | | | | | BUY | 6/28 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | BUY | 7/6 | L | | |
| 801. | | | | | BUY | 7/16 | L | | |
| 802. | | | | | BUY | 12/5 | L | | |
| 803. Adidas AG | | None | M | T | BUY | 7/20 | L | | |
| 804. | | | | | BUY | 7/23 | K | | |
| 805. Conocophillips | C | Dividend | N | T | BUY | 7/2 | K | | |
| 806. | | | | | BUY | 7/3 | K | | |
| 807. | | | | | BUY | 7/5 | J | | |
| 808. | | | | | BUY | 7/9 | M | | |
| 809. Baxter Int'l Inc | A | Dividend | L | T | BUY | 7/27 | L | | |
| 810. Genpact LTD | | None | L | T | BUY | 8/6 | J | | |
| 811. | | | | | BUY | 8/7 | K | | |
| 812. | | | | | BUY | 8/8 | K | | |
| 813. Kinder Morgan Management LLC | | None | L | T | BUY | 1/9 | J | | |
| 814. | | | | | BUY | 1/10 | K | | |
| 815. | | | | | BUY | 1/23 | J | | |
| 816. | | | | | PARTIAL SALE | 2/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | PARTIAL SALE | 5/15 | J | A | |
| 818. | | | | | BUY | 8/6 | J | | |
| 819. | | | | | PARTIAL SALE | 8/14 | J | A | |
| 820. | | | | | PARTIAL SALE | 11/14 | J | A | |
| 821.  Jabil Circuit | A | Dividend | L | T | BUY | 8/10 | K | | |
| 822. | | | | | BUY | 8/13 | K | | |
| 823. | | | | | BUY | 8/14 | L | | |
| 824. | | | | | BUY | 12/17 | J | | |
| 825. | | | | | BUY | 12/18 | J | | |
| 826. | | | | | BUY | 12/19 | J | | |
| 827. | | | | | BUY | 12/20 | J | | |
| 828.  Pinnacle West Capital Corp | B | Dividend | M | T | BUY | 8/29 | J | | |
| 829. | | | | | BUY | 8/30 | J | | |
| 830. | | | | | BUY | 8/31 | J | | |
| 831. | | | | | BUY | 9/4 | J | | |
| 832. | | | | | BUY | 9/5 | J | | |
| 833. | | | | | BUY | 9/7 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | BUY | 9/10 | J | | |
| 835. | | | | | BUY | 9/12 | J | | |
| 836. | | | | | BUY | 9/13 | J | | |
| 837. | | | | | BUY | 9/14 | J | | |
| 838. | | | | | BUY | 9/17 | J | | |
| 839. | | | | | BUY | 9/18 | J | | |
| 840. | | | | | BUY | 9/19 | J | | |
| 841. | | | | | BUY | 9/20 | J | | |
| 842. | | | | | BUY | 9/21 | J | | |
| 843. | | | | | BUY | 9/24 | J | | |
| 844. | | | | | BUY | 9/25 | J | | |
| 845. | | | | | BUY | 9/26 | J | | |
| 846. | | | | | BUY | 9/27 | J | | |
| 847. | | | | | BUY | 9/28 | J | | |
| 848. | | | | | BUY | 10/1 | J | | |
| 849. | | | | | BUY | 10/2 | J | | |
| 850. | | | | | BUY | 10/3 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | BUY | 10/17 | J | | |
| 852. | | | | | BUY | 10/18 | K | | |
| 853. | | | | | BUY | 12/5 | K | | |
| 854. Emerging Markets growth fund | F | Dividend | N | T | BUY | 9/7 | N | | |
| 855. | | | | | BUY | 12/17 | L | | |
| 856. UnitedHealth Group | | None | O | T | BUY | 9/14 | J | | |
| 857. | | | | | BUY | 9/17 | K | | |
| 858. | | | | | BUY | 9/18 | K | | |
| 859. | | | | | BUY | 10/2 | L | | |
| 860. | | | | | BUY | 10/31 | L | | |
| 861. | | | | | BUY | 11/9 | L | | |
| 862. | | | | | BUY | 11/12 | L | | |
| 863. | | | | | BUY | 11/13 | L | | |
| 864. | | | | | BUY | 11/29 | K | | |
| 865. | | | | | BUY | 12/5 | J | | |
| 866. Allegheny Technologies | A | Dividend | L | T | BUY | 9/24 | J | | |
| 867. | | | | | BUY | 9/24 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 868. | | | | | BUY | 9/25 | K | | |
| 869. | | | | | BUY | 9/26 | J | | |
| 870. | | | | | BUY | 9/28 | J | | |
| 871. | | | | | BUY | 10/2 | K | | |
| 872. | | | | | BUY | 10/3 | J | | |
| 873. NY ST Dorm MT Sinai 4% 7/1/2011 | | None | M | T | BUY | 9/14 | M | | |
| 874. Westpac Banking Corp | | None | L | T | BUY | 12/6 | L | | |
| 875. Nobel Biocare Holding AG | | None | M | T | BUY | 11/26 | M | | |
| 876. Raiffeisen Intl Bank Holding | | None | | | BUY | 10/4 | L | | |
| 877. Pernod Ricard SA | A | Dividend | M | T | BUY | 10/19 | K | | |
| 878. | | | | | BUY | 11/9 | K | | |
| 879. | | | | | BUY | 11/21 | K | | |
| 880. | | | | | BUY | 11/22 | K | | |
| 881. | | | | | BUY | 12/4 | K | | |
| 882. | | | | | BUY | 12/13 | K | | |
| 883. Groupe Danone | | None | L | T | BUY | 10/23 | L | | |
| 884. Wolseley Plc | | None | K | T | BUY | 10/4 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. Fujifilm Holding Corp | | None | M | T | BUY | 10/4 | L | | |
| 886. | | | | | BUY | 11/29 | M | | |
| 887. AMBAC FINL GROUP INC | A | Dividend | K | T | BUY | 10/1 | J | | |
| 888. | | | | | BUY | 10/2 | J | | |
| 889. | | | | | BUY | 10/3 | J | | |
| 890. | | | | | BUY | 10/4 | J | | |
| 891. | | | | | BUY | 10/8 | J | | |
| 892. LEVEL3 COMMUNICATION | | None | | | BUY | 10/3 | L | | |
| 893. | | | | | PARTIAL SALE | 11/20 | K | A | |
| 894. | | | | | SELL | 11/21 | K | A | |
| 895. POLYCOM INC | | None | L | T | BUY | 10/5 | K | | |
| 896. | | | | | BUY | 10/8 | K | | |
| 897. | | | | | BUY | 10/9 | K | | |
| 898. BEST BUY INC | | None | M | T | BUY | 10/11 | M | | |
| 899. EMPIRE ST DEV CORP 4.25% 3/15/2027 | | None | O | T | BUY | 10/17 | O | | |
| 900. GANNETT CO INC | | None | L | T | BUY | 11/28 | K | | |
| 901. | | | | | BUY | 11/29 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902. | | | | | BUY | 12/11 | J | | |
| 903.  DC GO C FSA 5.0% 6/1/17 | | None | N | T | BUY | 12/6 | N | | |
| 904.  SPECTRA ENERGY CORP | A | Dividend | K | T | SPIN OFF | 1/3 | K | | |
| 905.  CITADEL BROADCASTING CORP | | None | | | SPIN OFF | 6/13 | J | | |
| 906. | | | | | PARTIAL SALE | 6/13 | J | B | |
| 907. | | | | | SELL | 11/14 | J | A | |
| 908.  ASCIANO GROUP NPV | | None | K | T | SPIN OFF | 6/14 | M | | |
| 909. | | | | | PARTIAL SALE | 10/4 | M | E | |
| 910. | | | | | PARTIAL SALE | 11/30 | J | A | |
| 911.  NYC GO SER G 5% 8/1/19 | | None | O | T | BUY | 12/14 | O | | |
| 912.  Chase Manhattan Bank - IRA    List of Assets: | A | Int./Div. | | | CLOSED-DONAT | 12/31 | | | |
| 913.   - Eaton Vance Class B | | | | | | | | | |
| 914.   - Money Market Fund JPMorganChase | | | | | | | | | |
| 915.  Rental Property #14, Norfolk,VA | E | Rent | N | U | | | | | |
| 916.  Rental Property #15, Norfolk,VA | | Rent | N | U | | | | | |
| 917.  AMERICAN FUNDS IRA - LIST OF ASSETS | E | Dividend | N | T | | | | | |
| 918.   -EUROPACIFIC GROWTH | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 919. -THE GROWTH FUND OF AMERICA | | | | | | | | | |
| 920. -SMALLCAP WORLD | | | | | | | | | |
| 921. -CAPITAL INCOME BUILDER | | | | | | | | | |
| 922. ▓▓▓ Trust #18 - List of Assets: | G | Div/Int | | | TERMINATED | 11/29 | | | |
| 923. - CASH - FEDERATED NY MUNI | | | | | REDEMPTIONS | 11/29 | | | |
| 924. -PR MUN FIN AGY FSA 5.5% 8/1/07 | | | | | REDEMPTIONS | 8/1 | O | A | |
| 925. - NY CITY TFA 4.9% 8/15/10 | | | | | REDEMPTIONS | 8/15 | O | A | |
| 926. -NY ST ENVIRON 5% 6/15/07 | | | | | REDEMPTIONS | 6/15 | O | A | |
| 927. -ROCKLAND CNTY NY 4.5% 3/22/07 | | | | | REDEMPTIONS | 3/22 | O | A | |
| 928. -NYC TFA 5.5 8/15/08 | | | | | REDEMPTIONS | 8/15 | O | A | |
| 929. -NYC TRA 98C DFRN VAR 5/1/2028 | | | | | BUY | 4/11 | M | | |
| 930. | | | | | SALE | 4/12 | M | A | |
| 931. ▓▓▓ Trust #19 - List of Assets: | H1 | Int./Div. | P3 | T | | | | | |
| 932. - LI & FUNG | | | | | PARTIAL SALE | 7/17 | J | C | |
| 933. | | | | | PARTIAL SALE | 7/18 | J | C | |
| 934. | | | | | PARTIAL SALE | 7/19 | J | C | |
| 935. | | | | | PARTIAL SALE | 7/20 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. | | | | | PARTIAL SALE | 7/24 | J | D | |
| 937. | | | | | PARTIAL SALE | 7/25 | J | C | |
| 938. | | | | | PARTIAL SALE | 7/26 | J | D | |
| 939. | | | | | PARTIAL SALE | 9/18 | L | F | |
| 940. - SAP | | | | | | | | | |
| 941. - HONG KONG & CHINA GAS | | | | | | | | | |
| 942. - HANG LUNG PROPERTIES | | | | | | | | | |
| 943. - AMERICAN INTL GROUP | | | | | BUY | 4/16 | K | | |
| 944. | | | | | BUY | 4/17 | J | | |
| 945. | | | | | BUY | 4/20 | J | | |
| 946. | | | | | BUY | 6/22 | K | | |
| 947. | | | | | BUY | 8/20 | K | | |
| 948. | | | | | BUY | 9/7 | L | | |
| 949. | | | | | BUY | 10/24 | K | | |
| 950. - CINCINNATI FINL | | | | | PARTIAL SALE | 8/8 | K | B | |
| 951. - COCA-COLA AMATIL | | | | | | | | | |
| 952. - EMERSON ELEC | | | | | PARTIAL SALE | 5/24 | M | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953.  -GENERAL ELECTRIC CO | | | | | | | | | |
| 954.  - ILLINOIS TOOL WORKS | | | | | BUY | 2/16 | M | | |
| 955.  - IBM | | | | | | | | | |
| 956.  - NESTLE SA | | | | | PARTIAL SALE | 7/12 | L | E | |
| 957. | | | | | PARTIAL SALE | 7/16 | L | E | |
| 958.  -PEPSICO INC | | | | | | | | | |
| 959.  - PROCTOR & GAMBLE | | | | | SELL | 2/23 | K | D | |
| 960.  - RECKITT BENCKISER | | | | | | | | | |
| 961.  - SCHLUMBERGER | | | | | PARTIAL SALE | 7/9 | L | E | |
| 962. | | | | | PARTIAL SALE | 7/12 | K | E | |
| 963. | | | | | PARTIAL SALE | 9/18 | K | E | |
| 964. | | | | | PARTIAL SALE | 10/9 | K | D | |
| 965.  - SOUTHWEST AIRLINES | | | | | BUY | 12/19 | K | | |
| 966.  - TIME WARNER | | | | | | | | | |
| 967.  - UNION PACIFIC | | | | | PARTIAL SALE | 8/8 | K | E | |
| 968.  - HSBC HLDGS | | | | | PARTIAL SALE | 8/8 | K | C | |
| 969. | | | | | PARTIAL SALE | 11/5 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | PARTIAL SALE | 11/9 | L | D | |
| 971. - AIR PRODUCTS & CHEMS | | | | | | | | | |
| 972. - BHP BILLITON | | | | | | | | | |
| 973. - CAMPBELL SOUP | | | | | | | | | |
| 974. - REED ELSEVIER | | | | | SELL | 1/8 | M | E | |
| 975. - NOVARTIS AG | | | | | BUY | 9/28 | L | | |
| 976. | | | | | PARTIAL SALE | 10/31 | N | E | |
| 977. - SHELL CDA | | | | | SELL | 1/16 | M | F | |
| 978. - RIO TINTO | | | | | PARTIAL SALE | 7/12 | L | E | |
| 979. - ROYAL DUTCH | | | | | PARTIAL SALE | 3/6 | J | A | |
| 980. | | | | | BUY | 5/18 | J | | |
| 981. - TESCO | | | | | PARTIAL SALE | 7/12 | K | E | |
| 982. - UNITED TECHNOLOGIES | | | | | PARTIAL SALE | 7/12 | K | D | |
| 983. | | | | | PARTIAL SALE | 8/8 | K | D | |
| 984. - RICHEMONT | | | | | | | | | |
| 985. - BAKER HUGHES | | | | | PARTIAL SALE | 10/9 | K | E | |
| 986. - L'AIR LIQUIDE BEARER | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. - ACCOR | | | | | PARTIAL SALE | 3/7 | L | E | |
| 988. - HEINEKEN | | | | | PARTIAL SALE | 1/9 | K | D | |
| 989. | | | | | PARTIAL SALE | 1/10 | K | D | |
| 990. | | | | | PARTIAL SALE | 1/11 | K | E | |
| 991. | | | | | PARTIAL SALE | 1/12 | K | D | |
| 992. | | | | | PARTIAL SALE | 1/15 | J | C | |
| 993. | | | | | PARTIAL SALE | 1/16 | K | D | |
| 994. | | | | | PARTIAL SALE | 1/17 | J | B | |
| 995. | | | | | PARTIAL SALE | 1/18 | K | D | |
| 996. | | | | | PARTIAL SALE | 3/7 | K | D | |
| 997. | | | | | PARTIAL SALE | 8/8 | K | E | |
| 998. - CITIGROUP | | | | | SELL | 11/7 | L | A | |
| 999. - WELLS FARGO & CO | | | | | PARTIAL SALE | 11/2 | L | C | |
| 1000. - BERKSHIRE HATHAWAY | | | | | | | | | |
| 1001. - ALCOA | | | | | SELL | 2/23 | L | D | |
| 1002. - SANOFI-AVENTIS | | | | | BUY | 2/5 | K | | |
| 1003. | | | | | BUY | 3/21 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1004. | | | | | BUY | 3/22 | J | | |
| 1005. | | | | | BUY | 3/26 | J | | |
| 1006. | | | | | BUY | 4/2 | K | | |
| 1007. | | | | | BUY | 4/23 | K | | |
| 1008. | | | | | BUY | 4/27 | J | | |
| 1009. - COSTCO | | | | | | | | | |
| 1010. - LOWES COMPANIES INC | | | | | BUY | 12/19 | L | | |
| 1011. - OMNICOM GROUP | | | | | PARTIAL SALE | 8/8 | K | D | |
| 1012. - AGILENT TECH | | | | | | | | | |
| 1013. - VERIGY LTD | | | | | PARTIAL SALE | 3/16 | J | C | |
| 1014. | | | | | SELL | 3/19 | J | B | |
| 1015. - EXXON MOBIL | | | | | PARTIAL SALE | 1/3 | K | D | |
| 1016. | | | | | PARTIAL SALE | 7/12 | K | E | |
| 1017. - FEDEX | | | | | | | | | |
| 1018. - SIEMENS | | | | | | | | | |
| 1019. - AMERICAN STD | | | | | PARTIAL SALE | 1/8 | K | C | |
| 1020. | | | | | PARTIAL SALE | 1/9 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,000 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1021. | | | | | PARTIAL SALE | 1/10 | K | D | |
| 1022. | | | | | PARTIAL SALE | 2/1 | K | D | |
| 1023. | | | | | PARTIAL SALE | 2/26 | L | E | |
| 1024. | | | | | SELL | 5/24 | M | F | |
| 1025. - SINGAPORE TELECOMM | | | | | | | | | |
| 1026. - KRAFT FOODS | | | | | BUY | 11/6 | K | | |
| 1027. - JC DECAUX | | | | | BUY | 8/21 | J | | |
| 1028. | | | | | BUY | 8/23 | K | | |
| 1029. | | | | | BUY | 8/28 | J | | |
| 1030. | | | | | BUY | 8/29 | J | | |
| 1031. | | | | | BUY | 8/30 | J | | |
| 1032. - SUNCOR ENERGY | | | | | | | | | |
| 1033. - HBOS PLC | | | | | PARTIAL SALE | 5/17 | L | E | |
| 1034. - BNP PARIBAS | | | | | | | | | |
| 1035. - SCHNEIDER ELECTRIC | | | | | PARTIAL SALE | 3/23 | J | B | |
| 1036. - COLOPLAST | | | | | PARTIAL SALE | 1/12 | K | D | |
| 1037. | | | | | PARTIAL SALE | 1/15 | L | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost(Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1038. | | | | | SELL | 1/16 | K | D | |
| 1039. - RENAULT | | | | | SELL | 3/12 | L | E | |
| 1040. - COMCAST | | | | | BUY | 6/22 | J | | |
| 1041. - SLM CORP | | | | | BUY | 3/30 | K | | |
| 1042. | | | | | BUY | 4/2 | L | | |
| 1043. | | | | | PARTIAL SALE | 4/17 | K | C | |
| 1044. | | | | | PARTIAL SALE | 4/18 | J | B | |
| 1045. | | | | | PARTIAL SALE | 4/30 | J | A | |
| 1046. | | | | | PARTIAL SALE | 5/2 | K | D | |
| 1047. | | | | | PARTIAL SALE | 5/3 | K | B | |
| 1048. | | | | | PARTIAL SALE | 5/4 | K | C | |
| 1049. | | | | | PARTIAL SALE | 5/7 | J | A | |
| 1050. | | | | | PARTIAL SALE | 5/8 | J | A | |
| 1051. | | | | | PARTIAL SALE | 5/31 | L | E | |
| 1052. | | | | | PARTIAL SALE | 6/1 | L | D | |
| 1053. | | | | | PARTIAL SALE | 6/4 | K | C | |
| 1054. | | | | | PARTIAL SALE | 6/8 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More t $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1055. | | | | | PARTIAL SALE | 6/11 | K | C | |
| 1056. | | | | | PARTIAL SALE | 6/12 | J | B | |
| 1057. | | | | | PARTIAL SALE | 6/15 | K | C | |
| 1058. | | | | | PARTIAL SALE | 6/18 | M | E | |
| 1059. | | | | | PARTIAL SALE | 6/19 | J | B | |
| 1060. | | | | | BUY | 12/27 | L | | |
| 1061. - WEATHERFORD INTL | | | | | PARTIAL SALE | 7/12 | K | D | |
| 1062. | | | | | PARTIAL SALE | 10/8 | K | D | |
| 1063. - INDITEX | | | | | | | | | |
| 1064. - HOLCIM LTD | | | | | | | | | |
| 1065. - GENERAL GROWTH PRO | | | | | PARTIAL SALE | 2/13 | K | E | |
| 1066. - DUKE ENERGY | | | | | SELL | 8/8 | L | E | |
| 1067. - HOYA | | | | | BUY | 4/24 | L | | |
| 1068. | | | | | BUY | 8/23 | L | | |
| 1069. - AEON | | | | | BUY | 2/28 | L | | |
| 1070. | | | | | SELL | 10/19 | M | A | |
| 1071. - BMW AG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1072. - VERIZON | | | | | | | | | |
| 1073. - IDEARC INC | | | | | SELL | 3/6 | J | A | |
| 1074. - MITSUBISHI ESTATE | | | | | BUY | 2/28 | M | | |
| 1075. | | | | | PARTIAL SALE | 6/28 | L | E | |
| 1076. | | | | | PARTIAL SALE | 7/26 | M | D | |
| 1077. | | | | | SELL | 7/27 | K | A | |
| 1078. - MITSUBISHI CORP | | | | | PARTIAL SALE | 7/13 | K | D | |
| 1079. - CANON | | | | | | | | | |
| 1080. - MITSUI SUMITOMO | | | | | PARTIAL SALE | 1/4 | K | C | |
| 1081. | | | | | SELL | 1/5 | K | D | |
| 1082. - NIKON | | | | | PARTIAL SALE | 3/7 | L | E | |
| 1083. | | | | | SELL | 5/25 | K | E | |
| 1084. - YAKULT HONSHA | | | | | PARTIAL SALE | 7/13 | K | D | |
| 1085. | | | | | PARTIAL SALE | 9/6 | K | D | |
| 1086. | | | | | PARTIAL SALE | 9/7 | K | D | |
| 1087. | | | | | SELL | 9/10 | K | D | |
| 1088. - SUMITOMO MITSUI FINL | | | | | PARTIAL SALE | 2/14 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1089. | | | | | PARTIAL SALE | 2/27 | M | E | |
| 1090. - JOHNSTON PRESS | | | | | BUY | 9/26 | K | | |
| 1091. | | | | | PARTIAL SALE | 11/20 | J | A | |
| 1092. | | | | | PARTIAL SALE | 11/26 | K | A | |
| 1093. | | | | | PARTIAL SALE | 11/27 | J | A | |
| 1094. | | | | | PARTIAL SALE | 11/29 | J | A | |
| 1095. | | | | | SELL | 11/30 | J | A | |
| 1096. - TOKYO ELECTRON | | | | | PARTIAL SALE | 2/2 | L | E | |
| 1097. | | | | | SELL | 2/5 | K | D | |
| 1098. - ROYAL BANK SCOTLAND | | | | | BUY | 5/18 | J | | |
| 1099. | | | | | PARTIAL SALE | 11/5 | K | A | |
| 1100. | | | | | SALE | 11/12 | M | A | |
| 1101. - WOOLWORTHS | | | | | PARTIAL SALE | 8/9 | K | E | |
| 1102. -WALMART DE MEXICO | | | | | PARTIAL SALE | 3/7 | J | B | |
| 1103. | | | | | PARTIAL SALE | 3/8 | J | C | |
| 1104. | | | | | PARTIAL SALE | 3/9 | J | C | |
| 1105. | | | | | PARTIAL SALE | 3/12 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1106. | | | | | PARTIAL SALE | 3/14 | J | D | |
| 1107. | | | | | PARTIAL SALE | 3/15 | J | D | |
| 1108. | | | | | PARTIAL SALE | 3/16 | J | D | |
| 1109. | | | | | PARTIAL SALE | 3/20 | J | D | |
| 1110. | | | | | PARTIAL SALE | 3/21 | J | B | |
| 1111. | | | | | PARTIAL SALE | 3/29 | J | B | |
| 1112. | | | | | PARTIAL SALE | 3/30 | J | C | |
| 1113. | | | | | PARTIAL SALE | 4/2 | J | A | |
| 1114. - FOREST LABS | | | | | PARTIAL SALE | 1/5 | K | D | |
| 1115. | | | | | PARTIAL SALE | 1/8 | L | D | |
| 1116. - UNILEVER NV | | | | | | | | | |
| 1117. - ASTRAZENECA | | | | | PARTIAL SALE | 5/7 | L | D | |
| 1118. | | | | | PARTIAL SALE | 6/29 | L | D | |
| 1119. | | | | | PARTIAL SALE | 11/12 | M | C | |
| 1120. | | | | | SALE | 11/13 | J | A | |
| 1121. - ALLERGAN | | | | | BUY | 2/9 | J | | |
| 1122. - SUZUKI MOTOR | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1123. - FLUOR CORP | | | | | PARTIAL SALE | 10/8 | K | D | |
| 1124. | | | | | PARTIAL SALE | 10/9 | J | D | |
| 1125. - POTASH CORP | | | | | PARTIAL SALE | 1/4 | K | E | |
| 1126. | | | | | PARTIAL SALE | 1/5 | L | E | |
| 1127. | | | | | PARTIAL SALE | 10/18 | L | G | |
| 1128. | | | | | PARTIAL SALE | 10/19 | L | E | |
| 1129. | | | | | PARTIAL SALE | 11/9 | K | E | |
| 1130. - L'OREAL | | | | | BUY | 7/17 | K | | |
| 1131. | | | | | BUY | 7/30 | K | | |
| 1132. | | | | | BUY | 10/10 | J | | |
| 1133. | | | | | BUY | 12/17 | L | | |
| 1134. - SUFFOLK NY 4% 6/15/11 | | | | | | | | | |
| 1135. - NYS DORM 5.25% 11/15/26 | | | | | | | | | |
| 1136. - NYS ENVIRON 5.25% 6/15/12 | | | | | | | | | |
| 1137. - TRIBOROUGH 5% 11/15/07 | | | | | REDEMPTION | 11/15 | O | A | |
| 1138. - NASSAU SALES TAX 5% 11/15/14 | | | | | SELL | 3/14 | O | C | |
| 1139. - NY DORM CATSKILLS 3% 2/15/07 | | | | | REDEMPTION | 2/15 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1140. - NYC GO 5% 8/1/15 | | | | | | | | | |
| 1141. - NYS ENV 5.25% 12/15/16 | | | | | SELL | 3/14 | O | D | |
| 1142. - MET TRANS AUTH 5% 11/15/07 | | | | | REDEMPTION | 11/15 | N | A | |
| 1143. - ERIE 5% 5/1/07 | | | | | PARTIAL SALE | 2/26 | N | A | |
| 1144. | | | | | REDEMPTION | 5/1 | N | A | |
| 1145. - EMPIRE ST 4% 3/15/07 | | | | | REDEMPTION | 3/15 | O | A | |
| 1146. - YONKERS MBIA 5% 12/1/07 | | | | | REDEMPTION | 12/3 | O | A | |
| 1147. - MET TRANS AUTH 5.25% 11/15/17 | | | | | | | | | |
| 1148. - NY ST DORM 5.25% 3/15/16 | | | | | | | | | |
| 1149. - NY ST ENVIR 4.25% 11/15/19 | | | | | | | | | |
| 1150. - NY SALES TAX 5% 10/15/21 | | | | | | | | | |
| 1151. - NYC GO 5% 6/1/17 | | | | | | | | | |
| 1152. - NYS URBAN DEV 5.5% 1/1/2017 | | | | | SELL | 3/14 | O | A | |
| 1153. - WELLPOINT | | | | | PARTIAL SALE | 1/4 | J | B | |
| 1154. | | | | | PARTIAL SALE | 1/5 | J | B | |
| 1155. | | | | | PARTIAL SALE | 2/26 | K | D | |
| 1156. | | | | | PARTIAL SALE | 2/27 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1157. | | | | | PARTIAL SALE | 2/28 | K | D | |
| 1158. | | | | | PARTIAL SALE | 3/1 | J | C | |
| 1159. | | | | | PARTIAL SALE | 3/2 | K | D | |
| 1160. | | | | | PARTIAL SALE | 5/1 | J | C | |
| 1161. | | | | | PARTIAL SALE | 5/2 | K | D | |
| 1162. | | | | | PARTIAL SALE | 9/19 | K | D | |
| 1163. | | | | | SELL | 9/20 | K | D | |
| 1164. - TOLL HLDGS | | | | | BUY | 3/8 | J | | |
| 1165. | | | | | BUY | 3/9 | J | | |
| 1166. | | | | | BUY | 3/12 | J | | |
| 1167. | | | | | PARTIAL SALE | 5/11 | J | A | |
| 1168. | | | | | BUY | 10/3 | J | | |
| 1169. | | | | | PARTIAL SALE | 10/3 | J | A | |
| 1170. - JPMORGAN CHASE | | | | | PARTIAL SALE | 7/12 | K | D | |
| 1171. - CRH | | | | | PARTIAL SALE | 7/12 | K | E | |
| 1172. | | | | | PARTIAL SALE | 8/8 | J | D | |
| 1173. - DAVITA | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1174. - CISCO | | | | | BUY | 2/9 | J | | |
| 1175. - NATIONAL INST | | | | | | | | | |
| 1176. - SAMSUNG | | | | | PARTIAL SALE | 2/2 | L | E | |
| 1177. | | | | | PARTIAL SALE | 2/5 | L | E | |
| 1178. - RINKER | | | | | PARTIAL SALE | 3/29 | L | E | |
| 1179. | | | | | PARTIAL SALE | 5/8 | K | D | |
| 1180. | | | | | PARTIAL SALE | 5/9 | K | E | |
| 1181. | | | | | PARTIAL SALE | 5/10 | J | D | |
| 1182. | | | | | PARTIAL SALE | 5/11 | K | D | |
| 1183. | | | | | SELL | 5/14 | L | E | |
| 1184. - SEPRACOR | | | | | BUY | 7/27 | L | | |
| 1185. | | | | | PARTIAL SALE | 8/29 | K | A | |
| 1186. | | | | | BUY | 10/4 | J | | |
| 1187. | | | | | BUY | 10/5 | J | | |
| 1188. - AMERICA MOVIL | | | | | PARTIAL SALE | 3/7 | L | E | |
| 1189. | | | | | PARTIAL SALE | 7/12 | K | E | |
| 1190. - BOUYGUES | | | | | BUY | 8/15 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1191. | | | | | PARTIAL SALE | 7/12 | K | E | |
| 1192. - WASHINGTON MUTUAL | | | | | PARTIAL SALE | 3/19 | L | A | |
| 1193. | | | | | PARTIAL SALE | 11/2 | K | A | |
| 1194. | | | | | PARTIAL SALE | 11/23 | K | A | |
| 1195. - FANUC | | | | | PARTIAL SALE | 3/7 | L | E | |
| 1196. - EXELON | | | | | PARTIAL SALE | 7/12 | K | E | |
| 1197. | | | | | SELL | 10/24 | L | E | |
| 1198. - GENERAL DYNAMICS | | | | | SALE | 1/5 | K | D | |
| 1199. - CENTRICA | | | | | PARTIAL SALE | 1/7 | L | E | |
| 1200. | | | | | SELL | 8/2 | L | E | |
| 1201. - AT&T INC | | | | | BUY | 1/30 | K | | |
| 1202. | | | | | BUY | 7/2 | M | | |
| 1203. - MICROSOFT | | | | | BUY | 2/9 | L | | |
| 1204. | | | | | BUY | 8/15 | J | | |
| 1205. - MILLENNIUM PHARM | | | | | BUY | 4/20 | J | | |
| 1206. - SCOT & STHN ENERGY | | | | | BUY | 4/2 | K | | |
| 1207. - UNITED PARCEL SERVICE | | | | | BUY | 2/9 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1208. - EAST WEST BANCORP | | | | | | | | | |
| 1209. -ALTADIS SA (SPAIN) | | | | | PARTIAL SALE | 3/30 | J | B | |
| 1210. | | | | | PARTIAL SALE | 4/2 | J | B | |
| 1211. | | | | | PARTIAL SALE | 4/3 | J | B | |
| 1212. | | | | | PARTIAL SALE | 4/5 | J | B | |
| 1213. | | | | | PARTIAL SALE | 4/10 | J | C | |
| 1214. | | | | | PARTIAL SALE | 4/11 | J | B | |
| 1215. | | | | | SELL | 7/3 | L | E | |
| 1216. - FORTIS | | | | | BUY | 2/5 | L | | |
| 1217. | | | | | PARTIAL SALE | 10/10 | K | D | |
| 1218. -LEGGETT & PLATT INC | | | | | SELL | 2/13 | L | A | |
| 1219. - GALLAGHER ARTHUR | | | | | | | | | |
| 1220. - KONINKLIJKE KPN (FORMERLY KPN) | | | | | | | | | |
| 1221. - ESSILOR | | | | | BUY | 3/26 | K | | |
| 1222. | | | | | BUY | 4/12 | L | | |
| 1223. - SASOL | | | | | PARTIAL SALE | 3/20 | K | B | |
| 1224. | | | | | SELL | 3/21 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1225. - SUN HUNG KAI | | | | | | | | | |
| 1226. - STANDARD CHARTERED | | | | | BUY | 2/5 | K | | |
| 1227. - SMITH & NEPHEW | | | | | PARTIAL SALE | 7/12 | K | D | |
| 1228. - CANADIAN NATURAL RES | | | | | BUY | 2/12 | L | | |
| 1229. | | | | | BUY | 4/3 | J | | |
| 1230. | | | | | BUY | 4/4 | K | | |
| 1231. | | | | | PARTIAL SALE | 9/18 | K | E | |
| 1232. - ALCAN | | | | | SELL | 7/26 | M | G | |
| 1233. - VEOLIA | | | | | BUY | 7/10 | K | | |
| 1234. - CAMECO | | | | | BUY | 8/3 | J | | |
| 1235. | | | | | BUY | 10/2 | K | | |
| 1236. - BANCO SANTANDER | | | | | BUY | 10/16 | J | | |
| 1237. - DANAHER | | | | | | | | | |
| 1238. - CHEVRON | | | | | SELL | 1/7 | L | D | |
| 1239. - CAPITAL ONE | | | | | BUY | 1/30 | K | | |
| 1240. - AVON | | | | | | | | | |
| 1241. - ALLIANCE SE (FORMERLY ALLIANZ) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1242. - KINGFISHER | | | | | PARTIAL SALE | 7/12 | L | D | |
| 1243. - CADBURY SCHWEPPES | | | | | PARTIAL SALE | 1/11 | K | C | |
| 1244. | | | | | SELL | 1/12 | J | A | |
| 1245. - TOKYO ELECTRIC POWER | | | | | SELL | 8/15 | K | B | |
| 1246. - MITSUBISHI HVY IND | | | | | SELL | 11/6 | K | D | |
| 1247. - TREND MICRO | | | | | BUY | 2/22 | M | | |
| 1248. | | | | | PARTIAL SALE | 7/13 | L | B | |
| 1249. - SUMITOMO REAL ESTATE SALES | | | | | | | | | |
| 1250. - AUTONATION | | | | | PARTIAL SALE | 1/31 | K | C | |
| 1251. - WILLIAMS SONOMA | | | | | | | | | |
| 1252. - COCA COLA | | | | | BUY | 6/22 | K | | |
| 1253. - MCDONALDS | | | | | BUY | 2/9 | K | | |
| 1254. - IMCLONE | | | | | | | | | |
| 1255. -BRAMBLES LTD | | | | | BUY | 2/5 | L | | |
| 1256. -NEWCREST MINING NPV | | | | | | | | | |
| 1257. -BARRICK GOLD CORP | | | | | BUY | 1/9 | M | | |
| 1258. | | | | | BUY | 7/3 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1259. | | | | | BUY | 7/4 | K | | |
| 1260. -ADIDAS AG | | | | | BUY | 7/20 | K | | |
| 1261. | | | | | BUY | 7/23 | J | | |
| 1262. -TOTAL SA | | | | | BUY | 2/13 | K | | |
| 1263. | | | | | BUY | 2/15 | K | | |
| 1264. | | | | | BUY | 4/2 | J | | |
| 1265. | | | | | BUY | 8/1 | J | | |
| 1266. -NOKIA OYJ | | | | | PARTIAL SALE | 2/23 | K | D | |
| 1267. -MELCO INT'L | | | | | BUY | 6/25 | K | | |
| 1268. | | | | | BUY | 6/26 | K | | |
| 1269. | | | | | BUY | 6/27 | K | | |
| 1270. | | | | | BUY | 7/9 | K | | |
| 1271. -MITSUBISHI UFJ HOLDING | | | | | SELL | 8/20 | K | A | |
| 1272. -SOFTBANK CORP | | | | | BUY | 5/1 | K | | |
| 1273. | | | | | BUY | 9/21 | J | | |
| 1274. -NIPPON STEEL CORP | | | | | SELL | 2/26 | L | E | |
| 1275. -DISNEY WALT CO | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1276. -CORNING INC | | | | | | | | | |
| 1277. -MARSH & MCLENNAN COS | | | | | PARTIAL SALE | 11/27 | K | A | |
| 1278. | | | | | PARTIAL SALE | 11/28 | K | A | |
| 1279. | | | | | SELL | 11/29 | J | A | |
| 1280. -INTEL CORP | | | | | | | | | |
| 1281. -MEDTRONIC INC | | | | | | | | | |
| 1282. - ING GROUP NV CVA | | | | | BUY | 2/13 | L | | |
| 1283. - BAE SYSTEMS PLC | | | | | BUY | 7/3 | J | | |
| 1284. - YELL GROUP PLC | | | | | BUY | 4/13 | J | | |
| 1285. | | | | | BUY | 4/17 | J | | |
| 1286. | | | | | BUY | 4/18 | J | | |
| 1287. | | | | | BUY | 4/19 | J | | |
| 1288. | | | | | PARTIAL SALE | 8/14 | L | A | |
| 1289. | | | | | PARTIAL SALE | 8/15 | K | A | |
| 1290. | | | | | SELL | 10/12 | K | A | |
| 1291. -SPRINT NEXTEL CORP | | | | | PARTIAL SALE | 1/12 | J | A | |
| 1292. | | | | | PARTIAL SALE | 1/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1293. | | | | | PARTIAL SALE | 1/17 | J | A | |
| 1294. | | | | | PARTIAL SALE | 118 | J | A | |
| 1295. | | | | | PARTIAL SALE | 1/19 | J | A | |
| 1296. | | | | | SELL | 1/22 | J | A | |
| 1297. -WACHOVIA CORP | | | | | BUY | 1/31 | J | | |
| 1298. | | | | | BUY | 6/29 | J | | |
| 1299. | | | | | BUY | 12/4 | J | | |
| 1300. | | | | | BUY | 12/5 | J | | |
| 1301. - TARGET CORP | | | | | BUY | 2/9 | K | | |
| 1302. | | | | | BUY | 6/5 | K | | |
| 1303. - DELL INC | | | | | BUY | 2/1 | K | | |
| 1304. - PUERTO RICO COMWLTH 5% 12/1/2013 | | | | | | | | | |
| 1305. - SARA LEE CORP | | | | | | | | | |
| 1306. - JARDEN CORP | | | | | BUY | 4/2 | J | | |
| 1307. | | | | | BUY | 8/20 | J | | |
| 1308. | | | | | BUY | 8/21 | K | | |
| 1309. | | | | | BUY | 8/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1310. | | | | | BUY | 8/23 | J | | |
| 1311. - INFOSYS TECHNOLOGIES | | | | | PARTIAL SALE | 7/12 | L | E | |
| 1312. | | | | | PARTIAL SALE | 11/28 | K | D | |
| 1313. | | | | | SELL | 11/29 | L | D | |
| 1314. -TORONTO-DOMINION BANK | | | | | | | | | |
| 1315. -AXA | | | | | BUY | 1/10 | L | | |
| 1316. | | | | | BUY | 7/3 | K | | |
| 1317. -RAIFFEISEN INTL | | | | | BUY | 10/10 | J | | |
| 1318. -ICICI BANK LTD | | | | | PARTIAL SALE | 8/8 | K | E | |
| 1319. -AMAZON.COM | | | | | PARTIAL SALE | 8/2 | M | G | |
| 1320. -CERNER CORP | | | | | BUY | 2/12 | J | | |
| 1321. | | | | | BUY | 2/13 | J | | |
| 1322. | | | | | BUY | 2/14 | J | | |
| 1323. | | | | | BUY | 2/15 | K | | |
| 1324. | | | | | BUY | 2/16 | J | | |
| 1325. | | | | | BUY | 2/20 | J | | |
| 1326. | | | | | BUY | 2/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1327. -LINCARE HOLDINGS | | | | | PARTIAL SALE | 1/25 | J | A | |
| 1328. | | | | | PARTIAL SALE | 1/26 | J | A | |
| 1329. | | | | | PARTIAL SALE | 1/29 | J | A | |
| 1330. | | | | | PARTIAL SALE | 1/30 | J | A | |
| 1331. | | | | | PARTIAL SALE | 1/31 | J | A | |
| 1332. | | | | | PARTIAL SALE | 2/1 | K | A | |
| 1333. | | | | | PARTIAL SALE | 2/5 | J | A | |
| 1334. | | | | | PARTIAL SALE | 2/6 | J | A | |
| 1335. | | | | | PARTIAL SALE | 2/7 | J | A | |
| 1336. | | | | | PARTIAL SALE | 2/13 | J | A | |
| 1337. | | | | | PARTIAL SALE | 2/14 | J | A | |
| 1338. | | | | | PARTIAL SALE | 2/15 | J | A | |
| 1339. | | | | | PARTIAL SALE | 2/16 | J | A | |
| 1340. | | | | | PARTIAL SALE | 2/20 | J | A | |
| 1341. | | | | | PARTIAL SALE | 21 | J | A | |
| 1342. | | | | | PARTIAL SALE | 2/26 | J | A | |
| 1343. | | | | | PARTIAL SALE | 3/6 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1344. | | | | | SELL | 3/12 | J | A | |
| 1345. -HANESBRANDS INC | | | | | | | | | |
| 1346. -ARCH COAL INC | | | | | | | | | |
| 1347. -CLARIANT NAM | | | | | PARTIAL SALE | 11/21 | K | A | |
| 1348. | | | | | SELL | 11/26 | K | A | |
| 1349. -UCB | | | | | PARTIAL SALE | 5/31 | K | A | |
| 1350. | | | | | PARTIAL SALE | 6/1 | L | A | |
| 1351. | | | | | PARTIAL SALE | 6/4 | K | A | |
| 1352. | | | | | PARTIAL SALE | 8/14 | J | A | |
| 1353. | | | | | PARTIAL SALE | 8/15 | J | A | |
| 1354. | | | | | BUY | 11/16 | K | | |
| 1355. | | | | | BUY | 11/19 | K | | |
| 1356. | | | | | PARTIAL SALE | 12/24 | J | A | |
| 1357. | | | | | PARTIAL SALE | 12/27 | J | A | |
| 1358. -LEGAL & GENERAL GROUP PLC | | | | | PARTIAL SALE | 11/7 | K | A | |
| 1359. | | | | | SALE | 11/8 | L | A | |
| 1360. -SABMILLER PLC | | | | | BUY | 1/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1361. | | | | | BUY | 3/5 | J | | |
| 1362. | | | | | BUY | 11/19 | J | | |
| 1363. | | | | | BUY | 11/20 | L | | |
| 1364. | | | | | BUY | 11/21 | K | | |
| 1365. -JOHNSON CONTROLS INC | | | | | | | | | |
| 1366. -AFLAC INC | | | | | BUY | 2/13 | K | | |
| 1367. -COMPASS BANCSHARES INC | | | | | BUY | 1/22 | J | | |
| 1368. | | | | | BUY | 1/25 | J | | |
| 1369. | | | | | BUY | 2/8 | J | | |
| 1370. | | | | | BUY | 2/9 | J | | |
| 1371. | | | | | SELL | 6/4 | K | D | |
| 1372. -NY ST DORM 5% 3/15/18 | | | | | | | | | |
| 1373. -FREEPORT NY FREE 4.5% 12/1/2020 | | | | | | | | | |
| 1374. -NEW YORK NY GO 5% 1/1/2022 | | | | | | | | | |
| 1375. - DELTA PETROLEUM | | | | | BUY | 4/10 | K | | |
| 1376. - ZYMOGENETICS | | | | | BUY | 8/2 | J | | |
| 1377. | | | | | BUY | 8/2 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1378. | | | | | BUY | 8/3 | K | | |
| 1379. | | | | | BUY | 8/6 | J | | |
| 1380. -BILLABONG INT'L LTD | | | | | BUY | 1/17 | J | | |
| 1381. | | | | | BUY | 1/18 | J | | |
| 1382. | | | | | BUY | 1/24 | K | | |
| 1383. | | | | | BUY | 1/29 | J | | |
| 1384. -OMEGA PHARMA SA | | | | | BUY | 1/11 | L | | |
| 1385. | | | | | BUY | 11/16 | K | | |
| 1386. | | | | | BUY | 11/19 | J | | |
| 1387. | | | | | BUY | 11/22 | K | | |
| 1388. | | | | | PARTIAL SALE | 12/27 | J | A | |
| 1389. | | | | | PARTIAL SALE | 12/28 | J | A | |
| 1390. -DASSAULT SYSTEMES SA | | | | | BUY | 2/15 | K | | |
| 1391. -BANCO BILBAO VIZCAYA SA | | | | | BUY | 2/28 | K | | |
| 1392. | | | | | BUY | 5/24 | K | | |
| 1393. -UNILEVER PLC | | | | | BUY | 3/23 | M | | |
| 1394. | | | | | BUY | 6/25 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1395. | | | | | BUY | 11/30 | M | | |
| 1396. -HANKYU HANSHIN HOLDING INC | | | | | BUY | 1/5 | K | | |
| 1397. | | | | | BUY | 1/9 | J | | |
| 1398. | | | | | BUY | 1/10 | J | | |
| 1399. | | | | | BUY | 1/11 | J | | |
| 1400. | | | | | BUY | 12/19 | K | | |
| 1401. | | | | | BUY | 12/20 | K | | |
| 1402. | | | | | BUY | 12/21 | J | | |
| 1403. | | | | | PARTIAL SALE | 11/12 | K | A | |
| 1404. -KANSAI ELEC POWER | | | | | BUY | 3/12 | M | | |
| 1405. | | | | | BUY | 4/24 | L | | |
| 1406. | | | | | PARTIAL SALE | 8/17 | L | A | |
| 1407. | | | | | SELL | 8/20 | L | A | |
| 1408. -NTT | | | | | BUY | 3/12 | K | | |
| 1409. | | | | | SELL | 8/23 | K | A | |
| 1410. -TELENOR ASA | | | | | BUY | 2/28 | L | | |
| 1411. -KINDER MORGAN MANAGEMENT LLC | | | | | BUY | 1/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1412. | | | | | BUY | 1/10 | K | | |
| 1413. | | | | | PARTIAL SALE | 2/14 | J | A | |
| 1414. | | | | | PARTIAL SALE | 5/15 | J | A | |
| 1415. | | | | | PARTIAL SALE | 8/14 | J | A | |
| 1416. | | | | | PARTIAL SALE | 11/14 | J | A | |
| 1417. -AMERICAN MEDICAL SYS HLDGS | | | | | BUY | 1/19 | J | | |
| 1418. | | | | | BUY | 1/22 | K | | |
| 1419. | | | | | BUY | 1/23 | K | | |
| 1420. | | | | | BUY | 6/11 | J | | |
| 1421. | | | | | BUY | 10/15 | J | | |
| 1422. | | | | | BUY | 10/16 | J | | |
| 1423. | | | | | BUY | 10/17 | J | | |
| 1424. | | | | | BUY | 10/18 | J | | |
| 1425. | | | | | BUY | 10/19 | K | | |
| 1426. | | | | | PARTIAL SALE | 12/14 | J | A | |
| 1427. | | | | | PARTIAL SALE | 12/17 | K | A | |
| 1428. | | | | | PARTIAL SALE | 12/18 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1429. -WALGREEN CO | | | | | BUY | 2/15 | K | | |
| 1430. -HYUNDAI MOTOR COM GDR | | | | | BUY | 2/28 | K | | |
| 1431. -PROGRESSIVE CORP OHIO | | | | | BUY | 2/28 | K | | |
| 1432. | | | | | BUY | 3/1 | L | | |
| 1433. | | | | | BUY | 3/2 | K | | |
| 1434. | | | | | BUY | 3/5 | J | | |
| 1435. | | | | | BUY | 5/1 | K | | |
| 1436. | | | | | BUY | 12/26 | K | | |
| 1437. | | | | | PARTIAL SALE | 11/2 | K | A | |
| 1438. | | | | | PARTIAL SALE | 11/5 | J | A | |
| 1439. | | | | | PARTIAL SALE | 11/6 | J | A | |
| 1440. | | | | | PARTIAL SALE | 11/20 | K | A | |
| 1441. -ST LAWRENCE NY CLARKSON 4.25% 7/1/2020 | | | | | BUY | 2/23 | O | | |
| 1442. -GENENTECH INC | | | | | BUY | 3/14 | M | | |
| 1443. | | | | | BUY | 6/22 | L | | |
| 1444. | | | | | BUY | 12/10 | J | | |
| 1445. | | | | | BUY | 12/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1446. | | | | | BUY | 12/12 | J | | |
| 1447. -NY ST DORM MANHATTAN CLG 5% 7/1/2027 | | | | | BUY | 3/8 | O | | |
| 1448. -NY ST GO 4.5% 3/1/2022 | | | | | BUY | 3/7 | P1 | | |
| 1449. -LIPA NY/98 SER 1B DRFN 5/1/2033 | | | | | BUY | 3/28 | O | | |
| 1450. -ROCHE HOLDING AG | | | | | BUY | 5/7 | M | | |
| 1451. -SUNTRUST BANKS | | | | | BUY | 4/20 | L | | |
| 1452. | | | | | BUY | 5/1 | K | | |
| 1453. | | | | | BUY | 7/27 | J | | |
| 1454. | | | | | BUY | 8/10 | J | | |
| 1455. -GOOGLE INC | | | | | BUY | 5/15 | L | | |
| 1456. -PAYCHEX | | | | | BUY | 5/15 | M | | |
| 1457. -LEES SUMMIT MO INDL 5.125% 8/15/2026 | | | | | BUY | 5/10 | O | | |
| 1458. -EBAY INC | | | | | BUY | 5/24 | L | | |
| 1459. -WYETH | | | | | BUY | 5/24 | K | | |
| 1460. | | | | | BUY | 5/31 | M | | |
| 1461. | | | | | BUY | 6/5 | J | | |
| 1462. | | | | | BUY | 6/22 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1463. | | | | | PARTIAL SALE | 8/14 | K | A | |
| 1464. | | | | | PARTIAL SALE | 8/15 | L | A | |
| 1465. -NY CITY TRA RECOVERY 11/1/2022 | | | | | BUY | 6/11 | M | | |
| 1466. | | | | | PARTIAL SALE | 9/14 | K | A | |
| 1467. -BOEING CO | | | | | BUY | 6/21 | K | | |
| 1468. | | | | | BUY | 6/27 | K | | |
| 1469. | | | | | BUY | 6/29 | K | | |
| 1470. | | | | | BUY | 7/6 | K | | |
| 1471. | | | | | BUY | 7/16 | K | | |
| 1472. -CONOCOPHILLIPS | | | | | BUY | 7/2 | K | | |
| 1473. | | | | | BUY | 7/3 | J | | |
| 1474. | | | | | BUY | 7/5 | J | | |
| 1475. -BAXTER INT'L | | | | | BUY | 7/27 | K | | |
| 1476. -GENPACT LTD | | | | | BUY | 8/6 | J | | |
| 1477. | | | | | BUY | 8/7 | K | | |
| 1478. | | | | | BUY | 8/8 | K | | |
| 1479. -JABIL CIRCUIT INC | | | | | BUY | 8/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1480. | | | | | BUY | 8/13 | K | | |
| 1481. | | | | | BUY | 8/14 | K | | |
| 1482. | | | | | BUY | 12/17 | J | | |
| 1483. | | | | | BUY | 12/18 | J | | |
| 1484. | | | | | BUY | 12/19 | J | | |
| 1485. | | | | | BUY | 12/20 | J | | |
| 1486. -PINNACLE WEST CAPITAL CORP | | | | | BUY | 8/30 | J | | |
| 1487. | | | | | BUY | 8/31 | J | | |
| 1488. | | | | | BUY | 9/4 | J | | |
| 1489. | | | | | BUY | 9/5 | J | | |
| 1490. | | | | | BUY | 9/6 | J | | |
| 1491. | | | | | BUY | 9/7 | J | | |
| 1492. | | | | | BUY | 9/10 | J | | |
| 1493. | | | | | BUY | 9/11 | J | | |
| 1494. | | | | | BUY | 9/13 | J | | |
| 1495. | | | | | BUY | 9/13 | J | | |
| 1496. | | | | | BUY | 9/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1497. | | | | | BUY | 9/17 | J | | |
| 1498. | | | | | BUY | 9/18 | J | | |
| 1499. | | | | | BUY | 9/19 | J | | |
| 1500. | | | | | BUY | 9/20 | J | | |
| 1501. | | | | | BUY | 9/21 | J | | |
| 1502. | | | | | BUY | 9/24 | J | | |
| 1503. | | | | | BUY | 9/25 | J | | |
| 1504. | | | | | BUY | 9/26 | J | | |
| 1505. | | | | | BUY | 9/28 | J | | |
| 1506. | | | | | BUY | 10/2 | J | | |
| 1507. | | | | | BUY | 10/17 | J | | |
| 1508. | | | | | BUY | 10/18 | K | | |
| 1509. -EMERGING MARKETS GROWTH FUND INC | | | | | BUY | 9/7 | O | | |
| 1510. | | | | | BUY | 12/17 | N | | |
| 1511. -UNITEDHEALTH GROUP INC | | | | | BUY | 9/14 | J | | |
| 1512. | | | | | BUY | 9/17 | K | | |
| 1513. | | | | | BUY | 9/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1514. | | | | | BUY | 10/2 | K | | |
| 1515. | | | | | BUY | 10/31 | K | | |
| 1516. | | | | | BUY | 11/9 | K | | |
| 1517. | | | | | BUY | 11/12 | K | | |
| 1518. | | | | | BUY | 11/13 | L | | |
| 1519. | | | | | BUY | 11/29 | K | | |
| 1520. -ALLEGHENY TECHNOLOGIES INC | | | | | BUY | 9/21 | J | | |
| 1521. | | | | | BUY | 9/24 | J | | |
| 1522. | | | | | BUY | 9/25 | J | | |
| 1523. | | | | | BUY | 9/28 | K | | |
| 1524. | | | | | BUY | 10/2 | J | | |
| 1525. -WESTPAC | | | | | BUY | 12/3 | K | | |
| 1526. -NOBEL BIOCARE HOLDING AG (CHF) | | | | | BUY | 11/26 | L | | |
| 1527. -PERNOD RICARD SA | | | | | BUY | 10/19 | K | | |
| 1528. | | | | | BUY | 11/9 | K | | |
| 1529. | | | | | BUY | 11/21 | K | | |
| 1530. | | | | | BUY | 11/22 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1531. | | | | | BUY | 12/13 | K | | |
| 1532. -GROUPE DANONE | | | | | BUY | 10/23 | L | | |
| 1533. -WOLSELEY PLC | | | | | BUY | 10/4 | K | | |
| 1534. -SWIRE PACIFIC LTD CL A | | | | | BUY | 10/24 | L | | |
| 1535. -FUJIFILM HOLDNG CORP | | | | | BUY | 10/4 | K | | |
| 1536. | | | | | BUY | 11/29 | M | | |
| 1537. -AMBAC FINL GROUP INC | | | | | BUY | 10/1 | J | | |
| 1538. | | | | | BUY | 10/2 | J | | |
| 1539. | | | | | BUY | 10/8 | J | | |
| 1540. -LEVEL 3 COMMUNICATION | | | | | BUY | 10/3 | L | | |
| 1541. | | | | | PARTIAL SALE | 11/20 | K | A | |
| 1542. | | | | | SELL | 11/21 | K | A | |
| 1543. -POLYCOM INC | | | | | BUY | 10/5 | J | | |
| 1544. | | | | | BUY | 10/8 | K | | |
| 1545. | | | | | BUY | 10/9 | K | | |
| 1546. -BEST BUY INC | | | | | BUY | 10/11 | L | | |
| 1547. -GANNETT CO INC | | | | | BUY | 11/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1548. | | | | | BUY | 11/29 | K | | |
| 1549. -DC GO C FSA 5% 6/1/17 | | | | | BUY | 12/6 | N | | |
| 1550. -NY CITY TFA LRECOVERY FY 03 3B 11/1/2022 | | | | | BUY | 12/31 | O | | |
| 1551. -NYC GO SER G 5% 8/1/19 | | | | | BUY | 12/14 | O | | |
| 1552. -SPECTRA ENERGY CORP | | | | | SPIN OFF | 1/2 | K | | |
| 1553. -ASCIANO GROUP NVP | | | | | SPIN OFF | 6/14 | M | | |
| 1554. | | | | | PARTIAL SALE | 10/4 | L | E | |
| 1555. | | | | | PARTIAL SALE | 11/30 | J | B | |
| 1556. -CITADEL BROADCASTING CORP WI | | | | | SPIN OFF | 6/12 | J | | |
| 1557. | | | | | PARTIAL SALE | 6/13 | J | A | |
| 1558. | | | | | SALE | 11/4 | J | A | |
| 1559. -SSGA MONEY MARKET FD | | | | | | | | | |
| 1560. - Rental Property #24, Brooklyn NY | | | | | | | | | |
| 1561. ▮▮▮ Trust #20 - List of Assets: | G | Dividend/Int | P1 | T | | | | | |
| 1562. - CASH - MONEY MARKET FEDERATED NY MUNI | | | | | | | | | |
| 1563. -NY CITY TFA 5.5% 8/15/08 | | | | | REDEMPTIONS | 8/15 | O | A | |
| 1564. -NY CITY TFA A PREREF 4.9% 8/15/10 | | | | | REDEMPTIONS | 8/15 | N | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1565. -NY ST ENVIRON 5% 6/15/07 | | | | | REDEMPTIONS | 6/15 | N | A | |
| 1566. -PR MUN FIN AGY FSA 5.5% 8/1/07 | | | | | REDEMPTIONS | 8/1 | N | A | |
| 1567. -ROCKLAND CNTY NY 4.5% 3/22/07 | | | | | REDEMPTIONS | 3/22 | N | A | |
| 1568. -NYC TRA 98C DFRN VAR 5/1/2028 | | | | | BUY | 4/11 | O | | |
| 1569. ████ BUSINESS #3, BROOKLYN, NY | | None | M | U | | | | | |
| 1570. Rental Property #29 | E | Rent | | | GIFT TO TRST | 2/14 | | | |
| 1571. Rental Property #28 | | None | | | LIQ | 12/31 | | | |
| 1572. ████ Trust #22 - List of Assets: | F | Int./Div. | | | TERMINATED | 1/21 | | | |
| 1573. - RENTAL PROPERTY #25 | | | | | TRANSFER | 1/21 | | | |
| 1574. -US TREASURY NOTE 3% 12/31/06 | | | | | REDEMPTIONS | 1/2 | P2 | A | |
| 1575. - CASH - FEDERATED NY MUNI | | | | | CLOSED | 1/21 | | | |
| 1576. ████ Trust #24-List of Assets: | G | Rent | J | U | | | | | |
| 1577. -Rental Property #29 | G | Rent | J | U | TRANSFER | 2/14 | J | | |
| 1578. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Barry, Maryanne T | 8/25/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

During 2004, the following entities holding real estate sold all of their respective rental properties. To avoid confusion, we will continue to list these entities by their current names(ie. Rental Property #1)
These entities will eventually be liquidated as they wind up their affairs:


Rental Property #2
Rental Property # 16
Rental Property #17
Rental Property # 22
Rental Property #24
Rental Property #25


Trusts # 8, 12 & 21 have been deleted from Section VII of the Report. Maryanne Barry was not a Co-Trustee under these Trusts, she merely served as a distribution Trustee.

| Name of Person Reporting | Date of Report |
|---|---|
| Barry, Maryanne T | 8/25/2008 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign:

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544